**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MINNESOTA**

| | |
|---|---|
| JAN BRANDIN, in the right of and for the benefit of UnitedHealth Group, Inc., | ) )  Case No. 06-CV-1216-JMR-FLN ) |
| Plaintiff, | ) Motion date: June 7, 2006 |
| v. | ) ) |
| WILLIAM C. MCGUIRE, STEPHEN J. HEMSLEY, WILLIAM C. BALLARD, JR., RICHARD T. BURKE, JAMES A. JOHNSON, THOMAS H. KEAN, DOUGLAS W. LEATHERDALE, MARY O. MUNDINGER, ROBERT L. RYAN, WILLIAM G. SPEARS, GAIL R. WILENSKY, TRAVERS H. WILLS, DAVID P. KOPPE, THOMAS P. MCDONOUGH, JAMES G. CARLSON, JEANNINE M. RIVET, R. CHANNING WHEELER, DAVID J. LUBBEN, ARNOLD H. KAPLAN, and ROBERT J. SHEEHY, | ) ) ) ) ) ) ) ) ) ) ) ) |
| Defendants, | ) ) |
| and | ) ) |
| UNITEDHEALTH GROUP, INC., | ) ) |
| Nominal Defendant. | ) ) |

(Captions continued on subsequent pages)

**AMENDED MOTION OF THE PENSION FUND GROUP FOR APPOINTMENT AS LEAD PLAINTIFFS, APPROVAL OF THEIR SELECTION OF LEAD COUNSEL, AND CONSOLIDATION OF RELATED ACTIONS**

| | |
|---|---|
| RAYMOND CLARK, RETIREMENT BOARD OF ALLEGHENY COUNTY, and SEIU PENSION PLANS MASTER TRUST, Derivatively on Behalf of Nominal Defendant UNITEDHEALTH GROUP, INC., <br><br>Plaintiffs, <br><br>vs. <br><br>WILLIAM C. BALLARD, JR., RICHARD T. BURKE, JAMES G. CARLSON, STEPHEN J. HEMSLEY, JAMES A. JOHNSON, THOMAS H. KEAN, DAVID P. KOPPE, DOUGLAS W. LEATHERDALE, DAVID J. LUBBEN, WILLIAM W. MCGUIRE, MARY O. MUNDINGER, JEANNINE M. RIVET, ROBERT L. RYAN, DONNA E. SHALALA, ROBERT J. SHEEHY, WILLIAM G. SPEARS, R. CHANNING WHEELER, DAVID S. WICHMANN, TRAVERS H. WILLS, AND GAIL R. WILENSKY, <br><br>Defendants. <br><br>-and- <br><br>UNITEDHEALTH GROUP, INC., <br><br>Nominal Defendant. | Case No. 06-1532-JMR-FLN |

(Captions continued on subsequent pages)

| | |
|---|---|
| RAYMOND CLARK, RETIREMENT BOARD OF ALLEGHENY COUNTY, and SEIU PENSION PLANS MASTER TRUST, Derivatively on Behalf of Nominal Defendant UNITEDHEALTH GROUP, INC.,<br><br>Plaintiffs,<br><br>vs.<br><br>WILLIAM C. BALLARD, JR., RICHARD T. BURKE, JAMES G. CARLSON, STEPHEN J. HEMSLEY, JAMES A. JOHNSON, THOMAS H. KEAN, DAVID P. KOPPE, DOUGLAS W. LEATHERDALE, DAVID J. LUBBEN, WILLIAM W. MCGUIRE, MARY O. MUNDINGER, JEANNINE M. RIVET, ROBERT L. RYAN, DONNA E. SHALALA, ROBERT J. SHEEHY, WILLIAM G. SPEARS, R. CHANNING WHEELER, DAVID S. WICHMANN, TRAVERS H. WILLS, AND GAIL R. WILENSKY,<br><br>Defendants.<br><br>-and-<br><br>UNITEDHEALTH GROUP, INC.,<br><br>Nominal Defendant. | Case No. 06-1532-JMR-FLN |

(Captions continued on subsequent pages)

|  |  |
|---|---|
| ANGELA TARANGO, Derivatively on Behalf of UNITEDHEALTH GROUP INC., | ) Case No. 06-CV-1639-PJS-JJG ) ) ) |
| Plaintiff, | ) ) |
| vs. | ) ) |
| WILLIAM W. MAGUIRE, STEPHEN J. HEMSLEY, WILLIAM C. BALLARD, JR., RICHARD T. BURKE, JAMES A. JOHNSON, THOMAS H. KEAN, DOUGLAS W. LEATHERDALE, MARY O. MUNDINGER, ROBERT L. RYAN, WILLIAM G. SPEARS, and GAIL R. WILENSKY, | ) ) ) ) ) ) ) ) ) |
| Defendants, | ) ) |
| -and- | ) ) |
| UNITEDHEALTH GROUP INC., a Minnesota corporation. | ) ) ) |
| Nominal Defendant. | ) ) |

(Captions continued on subsequent pages)

| | |
|---|---|
| PIRELLI ARMSTRONG TIRE CORPORATION RETIREE MEDICAL BENEFITS TRUST, Derivatively on Behalf of UNITEDHEALTH GROUP INC., <br><br>              Plaintiff, <br><br>  vs. <br><br>WILLIAM W. MCGUIRE, STEPHEN J. HEMSLEY, WILLIAM C. BALLARD, JR., RICHARD T. BURKE, JAMES A. JOHNSON, THOMAS H. KEAN, DOUGLAS W. LEATHERDALE, MARY O. MUNDINGER, ROBERT L. RYAN, WILLIAM G. SPEARS, and GAIL R. WILENSKY, <br><br>              Defendants, <br><br>  -and- <br><br>UNITEDHEALTH GROUP, INC., a Minnesota corporation. <br><br>              Nominal Defendant. | Case No. 06-CV-1666-PJS-JJG |

(Captions continued on subsequent page)

| | |
|---|---|
| ST. PAUL TEACHERS' RETIREMENT FUND ASSOCATION, PUBLIC EMPLOYEES' RETIREMENT SYSTEM OF MISSISSIPPI, JACKSONVILLE POLICE & FIRE PENSION FUND, LOUISIANA MUNICIPAL POLICE EMPLOYEES' RETIREMENT SYSTEM and LOUISIANA SHERIFFS' PENSION & RELIEF FUND, Derivatively on Behalf of Nominal Defendant UNITEDHEALTH GROUP, INC., | ) ) ) ) ) ) ) ) ) ) ) Case No. 06-CV-1959-DWF-AJB |
| Plaintiffs, | ) |
| vs. | ) |
| WILLIAM W. MCGUIRE, STEPHEN J. HEMSLEY, DAVID J. LUBBEN, R. CHANNING WHEELER, JEANNINE M. RIVET, DAVID P. KOPPE, JAMES G. CARLSON, ROBERT J. SHEEHY, WILLIAM C. BALLARD, JR., RICHARD T. BURKE, JAMES A. JOHNSON, THOMAS H. KEAN, DOUGLAS W. LEATHERDALE, MARY O. MUNDINGER, ROBERT L. RYAN, WILLIAM G. SPEARS and GAIL R. WILENSKY, | ) ) ) ) ) ) ) ) ) ) ) |
| Defendants, | ) |
| - and - | ) |
| UNITEDHEALTH GROUP INC., a Minnesota Corporation, | ) ) ) |
| Nominal Defendant. | ) ) |

(Captions continued on subsequent page)

|  |  |
|---|---|
| PUBLIC EMPLOYEES' RETIREMENT SYSTEM OF OHIO, and STATE TEACHERS' RETIREMENT SYSTEM OF OHIO on behalf of themselves and all others similarly situated, and derivatively on behalf of UNITEDHEALTH GROUP, INC., <br><br>　　　　　　　Plaintiffs, <br>　v. <br><br>WILLIAM W. MCGUIRE, STEPHEN J. HEMSLEY, WILLIAM C. BALLARD, JR., RICHARD T. BURKE, JAMES A. JOHNSON, THOMAS H. KEAN, DOUGLAS W. LEATHERDALE, WALTER F. MONDALE, MARY O. MUNDINGER, ROBERT L. RYAN, WILLIAM G. SPEARS, GAIL R. WILENSKY, and DONNA E. SHALALA, <br><br>　　　　　　　Defendants, <br><br>　v. <br><br>UNITEDHEALTH GROUP, INC., <br><br>　　　　　　　Nominal Defendant. | Case No. 06-CV-2094-PAM-JSM |

Plaintiffs Public Employees' Retirement System of Ohio, State Teachers' Retirement System of Ohio, St. Paul Teachers' Retirement Fund Association, Public Employees' Retirement System of Mississippi, Jacksonville Police & Fire Pension Fund, Louisiana Municipal Police Employees' Retirement System, Louisiana Sheriffs' Pension & Relief Fund, and Fire & Police Pension Association of Colorado (collectively, the "Pension Fund Group") respectfully move this Court for entry of an Order consolidating the above-captioned actions, appointing the Pension Fund Group as Lead Plaintiffs in the above-captioned actions, and approving their choice of Bernstein Litowitz Berger & Grossmann LLP and Grant & Eisenhofer P.A. as Co-Lead Counsel and Rice, Michels & Walther LLP as Local Counsel.

The Pension Fund Group intends to demonstrate that it is the most adequate plaintiff to fairly and adequately represent the interests of the shareholders of UnitedHealth Group, Inc. (the "Corporation") similarly situated in enforcing the right of the Corporation under Rule 23.1 of the Federal Rules of Civil Procedure.

This Motion is based upon the accompanying Amended Memorandum of Law in support thereof, the pleadings and other files herein, and such other written or oral argument as may be permitted by the Court.

For the foregoing reasons, the Pension Fund Group respectfully requests that the Court (i) consolidate the above-captioned actions and any subsequently filed or transferred related actions; (ii) appoint the Pension Fund Group as Lead Plaintiff; (iii) approve the Pension Fund Group's selection of Co-Lead and Local Counsel; and (iv) grant such other and further relief as the Court may deem just and proper.

Dated: May 25, 2006

Respectfully submitted,

                         **RICE, MICHELS & WALTHER LLP**

By:___/s/ James P. Michels_____
Brian F. Rice (No. 014468X)
James P. Michels (No. 168749)
Karin E. Peterson (No. 185048)
206 East Bridge – Riverplace
10 Second Street, Northeast
Minneapolis, MN  55413
Telephone: (612) 676-2300
Facsimile: (612) 676-2319
*Counsel for St. Paul Teachers' Retirement Fund Association and Proposed Local Counsel for Plaintiffs*

| **GRANT & EISENHOFER P.A.** | **BERNSTEIN LITOWITZ BERGER & GROSSMANN LLP** |
|---|---|
| Jay W. Eisenhofer | Douglas M. McKeige |
| Jonathan Margolis | Gerald H. Silk |
| 45 Rockefeller Center, 15th Floor | Wendy K. Erdly |
| New York, NY 10111 | Noam N. Mandel |
| Telephone: (646) 722-8500 | 1285 Avenue of the Americas |
| Facsimile:  (646) 722-8501 | New York, NY  10019 |
|  | Telephone: (212) 554-1400 |
| Michael J. Barry | Facsimile: (212) 554-1444 |
| Cynthia A. Calder |  |
| Chase Manhattan Centre | *Counsel for Jacksonville Police & Fire Pension Fund, Louisiana Sheriffs' Pension & Relief Fund, Louisiana Municipal Police Employees' Retirement System, St. Paul Teachers' Retirement Fund Association, Public Employees' Retirement System of Mississippi, and Fire & Police Pension Association of Colorado, and Proposed Co-Lead Counsel for Plaintiffs* |
| 1201 N. Market Street, Suite 2100 | |
| Wilmington, DE 19801 | |
| Telephone: (302) 622-7000 | |
| Facsimile:  (302) 622-7100 | |
|  | |
| *Counsel for Public Employees' Retirement System of Ohio and State Teachers' Retirement System of Ohio, and Proposed Co-Lead Counsel for Plaintiffs* | |

*Other Plaintiffs' Counsel:*

**KLAUSNER & KAUFMAN, P.A.**
Robert D. Klausner
10059 N.W. 1st Court
Plantation, FL  33324
Telephone: (954) 916-1202
Facsimile:  (954) 916-1232

**JAMES R. BEHRENBRINKER**
(No. 186739)
Lakes & Plains Office Building
842 Raymond Avenue
Suite 200
St. Paul, MN 55114
Telephone: (651) 647-6250
Facsimile:   (651) 251-1183