**UNITED STATES DISTRICT COURT**
**DISTRICT COURT OF MINNESOTA**

| | |
|---|---|
| In Re: UnitedHealth Group Incorporated Shareholder Derivative Litigation | ) ) ) ) ) ) ) ) ) ) ) )  Master File No. 06-1216 JMR/FLN<br><br>**MOTION OF THE SPECIAL LITIGATION COMMITTEE IN SUPPORT OF ITS MOTION FOR PRELIMINARY APPROVAL AND DISMISSAL** |

TO: ALL PARTIES IN THE ABOVE NAMED ACTION AND THEIR ATTORNEYS OF RECORD.

The Special Litigation Committee of the Board of Directors of UnitedHealth Group Incorporated hereby moves the Court for preliminary approval of its disposition of the federal shareholder derivative claims asserted in the above-captioned action and for dismissal of those claims.

Dated October 16, 2008                              KELLY AND BERENS, P.A.

s/Barbara P. Berens
Barbara P. Berens, #209788
Paul R. Hannah, #40502
Erin K. Fogarty Lisle, #238168
3720 IDS Center
80 South Eighth Street
Minneapolis, MN 55402

*Attorneys for the Special Litigation Committee of the Board of Directors of UnitedHealth Group Incorporated*