**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

| | |
|---|---|
| IN RE UNITEDHEALTH GROUP INCORPORATED SHAREHOLDER DERIVATIVE LITIGATION | Master File No. 06-1216 JMR/FLN |

**LEAD PLAINTIFFS' MOTION FOR FINAL APPROVAL OF SETTLEMENT OF DERIVATIVE ACTION AND FOR APPROVAL OF AWARD OF ATTORNEYS' FEES AND REIMBURSEMENT OF LITIGATION EXPENSES**

Lead Plaintiffs and the SLC move the Court for an Order granting final approval of settlement of the derivative action and Lead Plaintiffs also move for an order awarding attorneys' fees and reimbursement of litigation expenses. Specifically, these Motions request that the Court issue the following Order:

1. Granting Final Approval of the Settlement pursuant to Fed. R. Civ. P. 23.1;

2. Awarding Lead Plaintiffs' Counsel a total amount of $47 million as and for attorneys' fees and reimbursement of litigation expenses;

3. Directing the Clerk of Court, pursuant to Fed. R. Civ. P. 54(b) enter final judgment dismissing this action with prejudice, on the merits, and without taxation of costs in favor of or against any party.

This Motion is based upon the following documents:

    a. Joint Declaration in Support of Proposed Settlement of Derivative Action and Award of Attorneys' Fees and Reimbursement of Litigation Expenses;
    b. Lead Plaintiffs' Memorandum of Law in Support of Motion to Final Approval of Settlement of Derivative Action;
    c. Lead Plaintiffs' Counsels' Memorandum of Law in Support of Motion for Approval of Award of Attorneys' Fees and Reimbursement of Litigation Expenses;

    d.    Declaration of Brian F. Rice in Support of Lead Plaintiffs' Motion for an Award of Attorney Fees and Reimbursement of Expenses;

    e.    Declaration of Edward F. Haber in Support of Lead Plaintiffs' Motion for an Award of Attorney Fees and Reimbursement of Expenses;

    f.    Declaration of Chad Johnson in Support of Lead Plaintiffs' Motion for an Award of Attorney Fees and Reimbursement of Expenses;

    g.    Declaration of Jay W. Eisenhofer in Support of Lead Plaintiffs' Motion for an Award of Attorney Fees and Reimbursement of Expenses;

    h.    Declaration of Karl L. Cambronne in Support of Lead Plaintiffs' Motion for an Award of Attorney Fees and Reimbursement of Expenses; and

    i.    The arguments of counsel.

Dated: January 30, 2009      **CHESTNUT & CAMBRONNE, P.A.**

By /s/ Karl L. Cambronne
Karl L. Cambronne #14321
Jack L. Chestnut #16378
Jeffrey D. Bores #227699
3700 Campbell Mithun Tower
222 South Ninth Street
Minneapolis, MN 55402
Telephone: (612) 339-7300
Fax: (612) 336-2940

SHAPIRO HABER & URMY LLP
Thomas G. Shapiro
Edward F. Haber
Michelle H. Blauner
53 State Street
Boston, MA 02109
Telephone: (617) 439-3939
Fax: (617) 439-0134

BERNSTEIN LITOWITZ BERGER &
  GROSSMANN LLP
Chad Johnson
Beata Farber
Adam Wierzbowski
1285 Avenue of the Americas
New York, NY 10019
Telephone: (212) 554-1400
Fax: (212) 554-1444

GRANT & EISENHOFER P.A.
Jay W. Eisenhofer
Michael Barry
45 Rockefeller Center, 15th Floor
New York, NY 10111
Telephone: (646) 722-8500
Fax: (646) 722-8501

RICE, MICHELS & WALTHER LLP
Brian Rice, #14468X
Ann Walther, #21369X
Karin E. Peterson, #185048
206 East Bridge, Riverplace
10 Second Street Northeast
Minneapolis, MN 55413
Telephone: (612) 676-2300
Fax: (612) 676-2319

*Counsel for Lead Plaintiffs*

KLAUSNER & KAUFMAN, P.A.
Robert D. Klausner
10059 N.W. First Court
Plantation, FL 33323
Telephone: (954) 916-1202
Fax: (954) 916-1232

*Additional Counsel for Jacksonville Police
& Fire Pension Fund and Louisiana
Sheriffs' Pension & Relief Fund*