**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

| | |
|---|---|
| IN RE UNITEDHEALTH GROUP INCORPORATED SHAREHOLDER DERIVATIVE LITIGATION | Master File No. 06-1216 JMR/FLN |

**LEAD PLAINTIFFS' NOTICE OF MOTION FOR FINAL APPROVAL OF SETTLEMENT OF DERIVATIVE ACTION AND FOR APPROVAL OF AWARD OF ATTORNEYS' FEES AND <u>REIMBURSEMENT OF LITIGATION EXPENSES</u>**

PLEASE TAKE NOTICE that Lead Plaintiffs Public Employees' Retirement System of Ohio, State Teachers' Retirement System of Ohio, St. Paul Teachers' Retirement Fund Association, Public Employees' Retirement System of Mississippi, Jacksonville Police & Fire Pension Fund, Louisiana Municipal Police Employees' Retirement System, Louisiana Sheriffs' Pension & Relief Fund, Fire & Police Pension Association of Colorado, Connecticut Retirement Plans and Trust Funds, and Jan Brandin ("Lead Plaintiffs"), by their undersigned counsel, will bring a Motion on February 13, 2009 at 11:00 a.m. before the Honorable James M. Rosenbaum in the U.S. District Court, Courtroom 14E, Minneapolis, Minnesota, seeking the entry of an Order as detailed in the accompanying Motion.  The SLC joins Lead Plaintiffs in the Motion to Approve the Settlement.

Dated:  January 30, 2009                    **CHESTNUT & CAMBRONNE, P.A.**

By /s/  Karl L. Cambronne
  Karl L. Cambronne #14321
  Jack L. Chestnut #16378
  Jeffrey D. Bores #227699
  3700 Campbell Mithun Tower
  222 South Ninth Street
  Minneapolis, MN 55402
  Telephone: (612) 339-7300
  Fax: (612) 336-2940

SHAPIRO HABER & URMY LLP
Thomas G. Shapiro
Edward F. Haber
Michelle H. Blauner
53 State Street
Boston, MA 02109
Telephone: (617) 439-3939
Fax: (617) 439-0134

BERNSTEIN LITOWITZ BERGER &
 GROSSMANN LLP
Chad Johnson
Beata Farber
Adam Wierzbowski
1285 Avenue of the Americas
New York, NY 10019
Telephone: (212) 554-1400
Fax: (212) 554-1444

GRANT & EISENHOFER P.A.
Jay W. Eisenhofer
Michael Barry
45 Rockefeller Center, 15th Floor
New York, NY  10111
Telephone: (646) 722-8500
Fax:  (646) 722-8501

RICE, MICHELS & WALTHER LLP
Brian Rice, #14468X
Ann Walther, #21369X
Karin E. Peterson, #185048
206 East Bridge, Riverplace
10 Second Street Northeast
Minneapolis, MN  55413
Telephone: (612) 676-2300
Fax: (612) 676-2319

*Counsel for Lead Plaintiffs*

KLAUSNER & KAUFMAN, P.A.
Robert D. Klausner
10059 N.W. First Court
Plantation, FL  33323
Telephone:  (954) 916-1202
Fax:  (954) 916-1232

*Additional Counsel for Jacksonville Police
& Fire Pension Fund and Louisiana
Sheriffs' Pension & Relief Fund*