**UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA**

| | |
|---|---|
| **IN RE UNITEDHEALTH GROUP INCORPORATED SHAREHOLDER DERIVATIVE LITIGATION** | Master File No. 06-1216 JMR/FLN |

**LR 7.1(c) WORD COUNT
COMPLIANCE CERTIFICATE**

1.  I, Karl L. Cambronne, certify that Lead Plaintiffs' Memorandum of Law in Support of Motion for Final Approval of Settlement of Derivative Action complies with Local Rule 7.1(c).

2.  I further certify that, in preparation of this memorandum, I used Microsoft Office Word, Version 2003 and that this word processing program has been applied specifically to include all text, including headings, footnotes, and quotations in the following word count.

3.  I further certify that the above referenced memorandum contains 2,990 words.

Dated:  January 30, 2009          CHESTNUT & CAMBRONNE, P.A.

                                  By s/ Karl L. Cambronne
                                     Karl L. Cambronne (#14321)
                                     Lead Counsel
                                     Jack L. Chestnut (#16378)
                                     Jeffrey D. Bores (#227699)
                                     3700 Campbell Mithun Tower
                                     222 South Ninth Street
                                     Minneapolis, MN 55402
                                     (612) 339-7300
                                     (612) 336-2940 (fax)