**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

| | |
|---|---|
| **IN RE UNITEDHEALTH GROUP INCORPORATED SHAREHOLDER DERIVATIVE LITIGATION** | Master File No. 06-1216 JMR/FLN |

**LR 7.1(c) WORD COUNT**
**COMPLIANCE CERTIFICATE**

1. I, Karl L. Cambronne, certify that Lead Plaintiffs' Memorandum of Law in Support of Motion for Approval of Award of Attorneys' Fees and Reimbursement of Litigation Expenses complies with Local Rule 7.1(c).

2. I further certify that, in preparation of this memorandum, I used Microsoft Office Word, Version 2003 and that this word processing program has been applied specifically to include all text, including headings, footnotes, and quotations in the following word count.

3. I further certify that the above referenced memorandum contains 7,503 words.

Dated:  January 30, 2009        CHESTNUT & CAMBRONNE, P.A.

                                By s/  Karl L. Cambronne
                                   Karl L. Cambronne (#14321)
                                   Lead Counsel
                                   Jack L. Chestnut (#16378)
                                   Jeffrey D. Bores (#227699)
                                   3700 Campbell Mithun Tower
                                   222 South Ninth Street
                                   Minneapolis, MN 55402
                                   (612) 339-7300
                                   (612) 336-2940 (fax)