# EXHIBIT D

**UnitedHealth Group, Inc. Shareholder Derivative Litigation**
Time and Expenses - All Firms

| FIRM NAME | TOTAL HOURS | TOTAL FEES | TOTAL EXPENSES | TOTAL LODESTAR & EXPENSES |
|---|---|---|---|---|
| Chestnut & Cambronne | 8,766.80 | $4,390,175.00 | $248,465.78 | $4,638,640.78 |
| Bernstein Litowitz Berger & Grossmann | 8,762.00 | $3,854,195.00 | $193,986.74 | $4,048,181.74 |
| Grant & Eisenhofer | 10,019.20 | $3,970,038.50 | $220,209.01 | $4,190,247.51 |
| Rice, Michels & Walther | 1,732.70 | $721,366.25 | $35,979.89 | $757,346.14 |
| Shapiro Haber & Urmy | 5,456.70 | $2,734,189.50 | $104,950.36 | $2,839,139.86 |
|  |  |  |  |  |
| **TOTALS** | **34,737.40** | **$15,669,964.25** | **$803,591.78** | **$16,473,556.03** |