# EXHIBIT A

# Exhibit A

## Summary Time Report - Inception Through December 31, 2008
Firm Name: Chestnut & Cambronne, P.A.

| Name / Status[1] | Hourly Rate | Total Hours | Total Lodestar |
|---|---|---|---|
| Karl L. Cambronne (P) | $650.00 | 2242.90 | $1,457,885.00 |
| Jack L. Chestnut (P) | $625.00 | 1349.70 | $843,562.50 |
| Jeffrey D. Bores (P) | $575.00 | 2217.40 | $1,275,005.00 |
| Dennis B. Johnson (P) | $450.00 | 6.00 | $2,700.00 |
| Robert A. LaFleur (P) | $425.00 | 9.10 | $3,867.50 |
| Stewart C. Loper (P) | $400.00 | 239.40 | $95,760.00 |
| Brian N. Toder (P) | $400.00 | 1.20 | $480.00 |
| Francis J. Rondoni (P) | $400.00 | 2.00 | $800.00 |
| F. Chet Taylor (P) | $400.00 | 257.20 | $102,880.00 |
| Mark J. Schneider (P) | $400.00 | 4.60 | $1,840.00 |
| Becky L. Erickson (A) | $400.00 | 58.10 | $23,240.00 |
| Cort C. Holten (P) | $375.00 | 2.00 | $750.00 |
| Bryan L. Bleichner (A) | $300.00 | 150.70 | $45,210.00 |
| Gary K. Luloff (A) | $300.00 | 6.70 | $2,010.00 |
| Adam Speer (CA) | $300.00 | 588.00 | $176,400.00 |
| Christina A. Svalstad (CA) | $300.00 | 602.60 | $180,780.00 |
| Mylene A. Peterson (A) | $285.00 | 1.00 | $285.00 |
| Sheila M. Landry (P) | $200.00 | 584.20 | $116,840.00 |
| Carol A. Dawson (P) | $200.00 | 58.40 | $11,680.00 |
| Gary K. Luloff (LC) | $125.00 | 287.10 | $35,887.50 |
| Molly K. Huebscher (SS) | $125.00 | 67.50 | $8,437.50 |
| Elizabeth A. Ebert (SS) | $125.00 | 31.00 | $3,875.00 |
| **TOTALS** | | **8766.80** | **$4,390,175.00** |

---

[1] (P) Partner; (A) Associate; (CA) Contract Attorney; (P) Paralegal; (LC) Law Clerk; (SS) Support Staff