# EXHIBIT B

# <u>Exhibit B</u>

## SUMMARY EXPENSE REPORT – INCEPTION THROUGH DECEMBER 31, 2008
Firm Name:      Chestnut & Cambronne, P.A.

| <u>Expense</u> | <u>Total Amount ($)</u> |
|---|---|
| Assessments | $67,000.00 |
| Commercial copies | $955.68 |
| Internal reproduction/Copies | $2,010.80 |
| Court costs and filing fees | $33.75 |
| Court reporters and transcripts | $329.63 |
| Computer research | $73,035.53 |
| Telephone and fax | $8,683.35 |
| Postage/Express Delivery/Messenger | $1,117.48 |
| Professional fees | $281.28 |
| Experts (Owing to Harvard Corporate Governance Expert, Lucian Bebchuk) | $72,000.00 |
| Witness/Service fees | $15.00 |
| Travel (Air and/or ground transportation, lodging, meals, etc.) | $23,003.28 |
| Miscellaneous (Describe) | |
| | |
| <u>Total</u> | **$248,465.78** |