# EXHIBIT A

# Exhibit A

## SUMMARY TIME REPORT – INCEPTION THROUGH DECEMBER 31, 2008
Firm Name:     Shapiro Haber & Urmy LLP

| Name/Status[1] | Hourly Rate | Total Hours | Total Lodestar |
|---|---|---|---|
| Edward F. Haber (P) | $785.00 | 457.50 | $359,137.50 |
| Thomas G. Shapiro (P) | $785.00 | 10.00 | $7,850.00 |
| Thomas V. Urmy (P) | $785.00 | 0.60 | $471.00 |
| Michelle H. Blauner (P) | $680.00 | 1,479.10 | $1,005,788.00 |
| Theodore M. Hess-Mahan (A) | $590.00 | 307.30 | $181,307.00 |
| Ian J. McLoughlin (A) | $510.00 | 59.50 | $30,345.00 |
| Matthew L. Tuccillo (A) | $510.00 | 29.80 | $15,198.00 |
| Adam M. Stewart (A) | $320.00 | 105.60 | $33,792.00 |
| Robert E. Ditzion (A) | $320.00 | 114.60 | $36,672.00 |
| John S. Keating (CA) | $510.00 | 615.80 | $314,058.00 |
| Rebecca Marks (CA) | $510.00 | 493.50 | $251,685.00 |
| Richard E. Parker (CA) | $510.00 | 497.00 | $253,470.00 |
| Kaz Stasiukevicius (PL) | $190.00 | 1,011.25 | $192,137.50 |
| Allison Newman (PL) | $190.00 | 61.40 | $11,666.00 |
| Carmen Iguina (PL) | $190.00 | 68.55 | $13,024.50 |
| Courtney Wolfe (PL) | $190.00 | 39.60 | $7,524.00 |
| Linda Graham (PL) | $190.00 | 73.50 | $13,965.00 |

---

[1]     Partner (P); Of Counsel (OC); Associate (A); Contract Attorney (CA); Paralegal (PL); Law Clerk (LC); Investigator (I).

| | | | |
|---|---:|---:|---:|
| Rumya Putcha (PL) | $190.00 | 21.30 | $4,047.00 |
| Sophie Horowitz (PL) | $190.00 | 2.60 | $494.00 |
| Tracey Godbold (PL) | $190.00 | 4.40 | $836.00 |
| Victoria Bird (PL) | $190.00 | 3.80 | $722.00 |
| TOTALS | | 5,456.70 | $2,734,189.50 |