# EXHIBIT B

# Exhibit B

## SUMMARY EXPENSE REPORT -- INCEPTION THROUGH DECEMBER 31, 2008
### Firm Name:    Shapiro Haber & Urmy LLP

| Expense | Total Amount ($) |
|---|---|
| Assessments | 67,000.00 |
| Commercial copies | 20.50 |
| Internal reproduction/Copies | 7,867.65 |
| Court costs and filing fees | 50.00 |
| Court reporters and transcripts | 0.00 |
| Computer research | 8,815.69 |
| Telephone and fax | $265.92 |
| Postage/Express Delivery/Messenger | 401.53 |
| Professional fees | 0.00 |
| Experts | 700.00 |
| Witness/Service fees | 0.00 |
| Travel (Air and/or ground transportation, lodging, meals, etc.) | 19,705.87 |
| Miscellaneous (Transportation of Storage Boxes) | 123.20 |
|  |  |
| **Total** | $104,950.36 |