# EXHIBIT C

## Exhibit C

### Shapiro Haber & Urmy LLP

Shapiro Haber & Urmy LLP ("SHU") is a law firm based in Boston, Massachusetts that concentrates in the litigation of complex civil actions, particularly class and derivative actions. Shapiro Haber & Urmy has represented consumers, employees and investors in a number of significant consumer protection, employment and securities fraud actions, obtaining multimillion dollar jury verdicts, arbitration awards and settlements. The firm has extensive experience in both trials and appeals in state and federal courts. Unlike many civil litigators, partners in Shapiro Haber & Urmy have conducted numerous jury trials.

The firm has been awarded the "AV" rating by the Martindale-Hubbell Law Directory, which is given only to those who have earned a very high measure of professional esteem and have adhered to the highest ethical standards in the legal profession. Four of Shapiro Haber & Urmy partners, Thomas G. Shapiro, Edward F. Haber, Thomas V. Urmy, Jr. and Michelle H. Blauner were named Massachusetts Super Lawyers in 2007.

Highlights of Shapiro Haber & Urmy's class action and derivative action experience include the following:

- Edward Haber, a partner of the firm, is one of the Court appointed lead counsel in the consolidated derivative action brought on behalf of the HealthSouth Corporation against its former CEO, Richard Scrushy, its other former officers and directors, its auditors, investment bankers and others. This action coordinates derivative actions brought on behalf of HealthSouth in the Delaware Chancery Court, the Federal District Court in Alabama and the state court in Birmingham, Alabama. The legal team, on which Shapiro Haber & Urmy serves as one of the lead counsel, has obtained the following recoveries for HealthSouth: (i) summary judgment in the Delaware Chancery Court, for over $17 million, against Scrushy, *In re HealthSouth Corp. Shareholders Litig.*, 845 A.2d 1096 (Del. Ch. 2003), *aff'd*, 847 A.2d 1121 (Del. 2004); (ii) summary judgment in the Circuit Court of Jefferson County, Alabama against Scrushy for over $47 million, see *Tucker v. Scrushy*, 2006 WL 37028 (Ala. Cir. Ct. Jan. 3, 2006), *aff'd*, 2006 WL 2458818 (Ala. Aug. 25, 2006); (iii) a settlement of the derivative claims against some of the officers and directors of HealthSouth (not including Scrushy) for $100 million, to be paid by those defendants' insurers; and (iv) a $133 million settlement of the derivative claims against HealthSouth's former investment advisor, UBS.

- Shapiro Haber & Urmy has been at the forefront of shareholder litigation addressing the nationwide epidemic of improperly backdated stock options. Led by attorneys Edward F. Haber and Michelle H. Blauner, Shapiro Haber & Urmy filed derivative actions in both state and federal courts, concerning the improper backdating of stock options granted to officers, directors, and executives of the following corporations: Affiliated Computer Services, Inc.; Cablevision Systems Corporation; i2 Technologies, Inc.; Linear Technology Corp; Maxim Integrated Products; Rambus, Inc.; Staples, Inc.; and UnitedHealth Group Incorporated. The Maxim derivative action has been settled, with Maxim receiving $28.5 million in cash and re-priced and surrendered options. The Cablevision derivative action settled for $24 million in cash and re-priced and surrendered options.

- Shapiro Haber & Urmy was one of plaintiffs' counsel in shareholder derivative litigation against Cendant Corporation, which arose from one of the largest financial frauds in American history. The case was settled for $54 million. *In Re Cendant Corp. Deriv. Action Litig.* (D. N.J.).

- Shapiro Haber & Urmy represented the Trustee of UNIFI Communications, Inc., in a breach of fiduciary duty lawsuit against its former directors, alleging that they grossly mismanaged UNIFI in the period leading up to its bankruptcy, causing UNIFI's insolvency to deepen. Shapiro Haber & Urmy recovered $3.95 million for UNIFI and its creditors. *Ferrari v. Ranalli* (D. Mass.).

- Shapiro Haber & Urmy represented shareholders of EcoScience Corp., in a breach of fiduciary duty lawsuit against its former directors, arising out of the merger between EcoScience and Agro Power Development, Inc. The case, brought in the Delaware Chancery Court, charged the merger was accomplished by means of a false proxy statement, and resulted in the payment of an unfair price to EcoScience shareholders. Shapiro Haber & Urmy recovered $2 million for EcoScience's shareholders. *Smalley v. DeGiglio* (Del. Ch.).

- Mr. Haber is the court-appointed co-chairman of the Plaintiffs' Executive Committee in *In re Merrill Lynch Analyst Reports Sec. Litig.*, 02-MDL-1484 (S.D.N.Y.). Shapiro Haber & Urmy is also court-appointed lead counsel in two of the Merrill Lynch securities analyst cases: *InfoSpace Analyst Reports Sec. Litig.*, and *Internet Capital Group Analyst Reports Sec. Litig.* The Court has approved a settlement in the amount of $125 million.

- Shapiro Haber & Urmy represented former employees of Stone & Webster, Inc. to recover damages suffered by the company's retirement plans for breach of fiduciary duty under ERISA by certain former officers and directors of Stone & Webster who were fiduciaries of the plans. The action has settled for $8 million. *Stein v. Smith*, (D. Mass).

- Shapiro Haber & Urmy represents plaintiffs in a class action lawsuit filed in the Massachusetts Superior Court for Suffolk County, No. 98-6002-H, against Philip Morris Companies, Inc. and Philip Morris, Inc. The suit is brought under the Massachusetts Consumer Protection Act, M.G.L. c.93A, and the common law, and seeks to recover damages from the defendants on behalf of all persons who purchased Marlboro Lights cigarettes in the Commonwealth of Massachusetts during the class period. The case alleges that by using words such as "Lights" and "Lowered Tar and Nicotine" on the packaging of Marlboro Lights, defendants falsely represented to purchasers that the cigarettes contained and delivered lower levels of tar and nicotine to human smokers than did regular cigarettes. In October of 2001, the Superior Court certified the case as a class action. Shapiro Haber & Urmy successfully argued against defendant's appeal from the Superior Court's class certification decision, which was affirmed by the Massachusetts Supreme Judicial Court in August of 2004, *Aspinall v. Philip Morris Companies, Inc.*, 442 Mass. 381 (2004).

- Shapiro Haber & Urmy represented shareholders of three ING Principal Protection Funds, who have brought suit alleging that the advisory fees charged are excessive and violate Section 36(b) of the Investment Company Act of 1940. The action was settled for payment by the defendants to the ING Principal Protection Funds of significant funds and a substantial reduction in investment advisory fees to be charged in the future, which will result in millions of dollars of savings to the funds and their shareholders. *Price v. ING Funds Distributors, LLC*, (D. Mass.).

- Shapiro Haber & Urmy, led by partner Edward Haber, represented a class of persons who had sold businesses to Waste Management, Inc. for common stock of Waste Management. The case arose from Waste Management's restatement of its financial statements. Shapiro Haber & Urmy obtained summary judgment against Waste Management as to liability for a majority of the class members. Shapiro Haber & Urmy also successfully defended defendant's appeal of the class certification order, *Mowbray v. Waste Management Holdings, Inc.*, 208 F.3d 288 (2000). The case was subsequently settled for a combination of cash and stock with a total value of $25 million.

- Shapiro Haber & Urmy partner, Thomas Shapiro, successfully argued the appeal to the First Circuit in *Shaw v. Digital Equipment Corp.*, 83 F.3d 1194 (1 Cir., 1996), a securities class action that arose from a secondary offering of Digital securities. After remand, the case was settled for $5.2 million.

- Shapiro Haber & Urmy represented the Commonwealth of Massachusetts Pension Reserves Investment Trust ("PRIT") in a securities fraud action against Bear Stearns & Co., Inc. in the U. S. District Court for the Southern District of California. The case arose out of the sale of $81 million in subordinated debentures issued by Weintraub Entertainment Group ("WEG"), a start-up film company. In February 1987, PRIT bought $5 million in bonds from Bear Stearns, the placement agent for the issuer. WEG declared bankruptcy in 1990, and the bondholders lost virtually their entire investment. A class action was filed in San Diego against Bear Stearns and others. PRIT also filed suit in 1991, and in 1993 our action was consolidated with the class action for discovery and trial. The case was tried to a jury in San Diego in the summer of 1998. Shapiro Haber & Urmy LLP partner Thomas V. Urmy was PRIT's trial counsel. After a four week trial, the jury found that Bear Stearns had committed securities fraud and entered a $6.57 million verdict in favor of PRIT, representing 100% of the damages sought by PRIT at the trial. The case was subsequently settled while on appeal to the Ninth Circuit.

- Shapiro Haber & Urmy partners Thomas Shapiro and Edward Haber were chief trial counsel in a securities class action entitled *Fulco v. Continental Cablevision* (D. Mass.), in a three-week jury trial before the United States District Court in Boston. The case was brought on behalf of the limited partners in four partnerships that owned and operated cable television systems. The jury returned a verdict for the plaintiffs for approximately $4.5 million.

- Shapiro Haber & Urmy has recovered substantial settlements for defrauded shareholders by prosecuting securities class action suits, *in alia*, on behalf of shareholders of: Actrade Financial Tech., Inc. ($9.9 million); Bank of New England Corp. ($6.5 million); Bank of New England Corp. bondholders ($8.4 million); Biopure Corp. ($10 million, agreement in principal); Centennial Tech., Inc. (stock and cash with a value of approximately $20 million); CreditSuisse First Boston/Razorfish ($3 million); CreditSuisse First Boston/Winstar ($8 million); Inso Corp. ($12 million); Kendall Square Research Corp. (cash, stock and warrants, with a total value of approximately $17 million); Kurzweil Applied Intelligence, Inc. ($9.625 million); Lotus Dev. Corp. ($7.5 million); MicroCom,

Page 4

Inc. ($6 million); Molten Metal Tech., Inc. ($13.16 million); Monarch Capital Corp. ($5 million); Open Environment Corp. ($6 million); Pegasystems, Inc. ($5.25 million); Picturetel Corp. ($12 million); Presstek, Inc. ($20 million); Rothchild Oil and Gas Drilling Limited Partnerships ($15 million).

■ Shapiro Haber & Urmy LLP has represented defrauded consumers and business owners by prosecuting class action suits against:

E.I. DuPont De Nemours & Company for the potential of serious health hazards resulting from the manufacturing, sales and advertising of "Teflon";

Gillette for engaging in deceptive practices with respect to its M3P product;

Bayview Crematory for engaging in wrongful practices with respect to their cremation services;

Southwestern Bell (doing business as Cellular One) for overcharging;

SmithKlineBeecham Corp. for antitrust violations with respect to its brand name drug Relafen (Settled for $175 million); and

Abbott Laboratories and others for fraudulently overcharging for the brand name drug (Settled for $150 million).

■ Shapiro Haber & Urmy has successfully represented plaintiff employees in many wage and hour individual and class actions seeking to recover overtime pay owed to them under both state and federal law. Such cases have been successfully prosecuted in federal and state courts in Massachusetts and other states, recovering millions of dollars in damages from employers such as Electronic Arts, Sony Computer Entertainment America, Inc., Arbella Insurance Company, Liberty Mutual Insurance Company, Continental Insurance Company, USAA, Ames Department Stores, Inc., Argenbright, Inc., Abercrombie & Fitch, Lane Bryant, Inc., Express and the Commonwealth of Massachusetts, among others. Shapiro Haber & Urmy currently represents employees in pending class wage and hour actions under state or federal law against Sony Computer Entertainment of America, Inc., GEICO Insurance Company, American Broadband LLC, Product Management, Inc., and Hurley of America LLC.

## Attorney Biographies

**Partners:**

## Thomas G. Shapiro

Mr. Shapiro graduated from Harvard College (*magna cum laude*) in 1965 and from Harvard Law School (*cum laude*) in 1969. Mr. Shapiro is well known for his expertise and experience in securities litigation. He has been a faculty member in continuing legal education programs concerning securities litigation sponsored by the Practicing Law Institute, ALI-ABA, Massachusetts Continuing Legal Education, Massachusetts Academy of Trial Attorneys and the Boston Bar Association. Mr. Shapiro has lectured on securities litigation issues for the American Corporate Counsel Association and at a NASDAQ Financial Executive Conference for senior officers of NASDAQ companies. Mr. Shapiro was also on the faculty of the Flaschner Judicial Institute's seminar for Massachusetts Superior Court judges on the Trial and Management of Complex Cases.

Mr. Shapiro is the author of the chapter "Depositions in Class Actions" in Massachusetts Deposition Practice Manual, published by Massachusetts Continuing Legal Education in 1992, and co-author of Securities Litigation in the Aftermath of In Re Data Access Securities Litigation, 24 New. Eng. L. Rev. 537 (1990). He served as the first Chairman of the Federal Practice Committee of the Massachusetts Bar Association. He is a member of the Bars of the Commonwealth of Massachusetts, the United States District Court for the District of Massachusetts, the United States Court of Appeals for the First Circuit, and the Supreme Court of the United States.

## Edward F. Haber

Mr. Haber graduated from Cornell University in 1966 and from Harvard Law School (*cum laude*) in 1969. Upon graduation from Harvard Law School, he taught at the Boston College Law School during the 1969-1970 academic year. He is a member of the Bars of the Commonwealth of Massachusetts, the Supreme Court of the United States, the United States Courts of Appeals For the First and Seventh Circuits and the United States District Court for the District of Massachusetts.

### Thomas V. Urmy, Jr.

Mr. Urmy graduated from Amherst College (*cum laude*) in 1960 and from Yale Law School in 1964. Between 1964 and 1972 he was the personal assistant and associate for the Honorable Whitman Knapp, who was named as the head of the Commission to Investigate Police Corruption in New York City and later a Judge of the United States District Court for the Southern District of New York. Before formation of the firm in 1988, Mr. Urmy was a partner in the Boston law firm Warner & Stackpole.

Mr. Urmy is a member of the Bars of the Commonwealth of Massachusetts, the United States District Courts for the District of Massachusetts and the Southern and Eastern Districts of New York and the United States Courts of Appeals for the First, Second, Third and Ninth Circuits. He was counsel for the Plaintiffs in the case of Goodrow v. Lane Bryant, Inc., 432 Mass. 165 (2000) in which the Massachusetts Supreme Judicial Court first addressed the relationship between the Federal Fair Labor Standards Act and the Massachusetts overtime statute.

### Michelle H. Blauner

Ms. Blauner is a 1983 graduate of Cornell University (with highest distinction) and a 1986 graduate of Harvard Law School (*cum laude*). Upon graduation she became an associate at the Boston law firm of Foley, Hoag & Elliot. In January, 1988 she joined the firm as an associate, and she became a partner in 1993. Ms. Blauner has worked on many of the complex class actions prosecuted by the firm. She is co-author, with Mr. Shapiro, of Securities Litigation in the Aftermath of In Re Data Access Securities Litigation, 24 New. Eng. L. Rev. 537 (1990). Ms. Blauner is a member of the Bars of the Commonwealth of Massachusetts and the United States District Court for the District of Massachusetts.

### Todd S. Heyman

Mr. Heyman is a 1993 graduate of Georgetown University and a 1999 graduate of Stanford Law School. Upon graduation from law school, he worked as a law clerk to the Honorable Nancy Gertner, United States District Court for the District of Massachusetts. Mr. Heyman joined Shapiro Haber & Urmy in September 2000, and became a partner in 2006. He is a member of the bar of the Commonwealth of Massachusetts and the United States District Court for the District of Massachusetts.

**Associates:**

**Matthew L. Tuccillo**

Mr. Tuccillo is a 1995 graduate of Wesleyan University and a 1999 graduate of the Georgetown University Law Center. Mr. Tuccillo was an associate at the Boston law firm of Brown, Rudnick, Freed & Gesmer from 1999 to 2001. He was an associate with the Boston office of the law firm of Lieff, Cabraser, Heimann & Bernstein from 2001 to 2002. Mr. Tuccillo joined Shapiro, Haber & Urmy in July 2002 and left in January 2009. He is a member of the Bar of the Commonwealth of Massachusetts and the United States District Court for the District of Massachusetts.

**Ian J. McLoughlin**

Mr. McLoughlin is a 1997 graduate of Gonzaga University (*cum laude*) and a 2000 graduate of Boston University School of Law (*magna cum laude*). He was a litigation associate at the Boston law firm of Foley Hoag LLP from 2000 to 2007 and joined Shapiro Haber & Urmy in January, 2008. He is a member of the Bar of the Commonwealth of Massachusetts and the United States District Court for the District of Massachusetts.

**Adam M. Stewart**

Mr. Stewart is a 2001 graduate of Northeastern University (*magna cum laude*) and a 2004 graduate of Suffolk University Law School (*magna cum laude*). He was a law clerk to the Justices of the Massachusetts Superior Court from 2004 to 2005. He is the author of The Silent Domino: Allowing Pre-Arrest Silence As Substantive Evidence of Guilt and The Possible Effect on Miranda, 37 Suffolk Univ. L. Rev 189 (2004). He is a member of the Bar of the Commonwealth of Massachusetts.

**Robert E. Ditzion**

Mr. Ditzion is a 1996 graduate of Harvard University (*cum laude*) and a 2004 graduate of the Georgetown University Law Center (*magna cum laude*). He was a law clerk to the Honorable James Robertson of the United States District Court for the District of Columbia from 2004 to 2005. Mr. Ditzion is the author of Electronic Surveillance in the Internet Age: The Strange Case of Pen Registers, 41 Am. Crim. L.Rev 1321 (2004) and co-author of the Eighteenth Survey of White Collar Crime: Computer Crimes, 40 Am. Crim/ L. Rev. (2003). He is a member of the Bar of the Commonwealth of Massachusetts.