# EXHIBIT A

# BERNSTEIN LITOWITZ BERGER & GROSSMANN LLP
## LODESTAR REPORT
## UnitedHealth Group Inc.

| Name | Number of Hours | Rate | Lodestar |
|---|---:|---:|---:|
| **Professional Type: Partner** | | | |
| Max Berger | 70.50 | 895.00 | 63,097.50 |
| John Browne | 36.75 | 650.00 | 23,887.50 |
| Chad Johnson | 1,073.75 | 750.00 | 805,312.50 |
| Hannah Ross | 41.00 | 600.00 | 24,600.00 |
| Gerald Silk | 290.50 | 725.00 | 210,612.50 |
| **Professional Type: Of Counsel** | | | |
| Tony Gelderman | 94.50 | 690.00 | 65,205.00 |
| Doug McKeige | 69.00 | 690.00 | 47,610.00 |
| Elliott Weiss | 15.75 | 690.00 | 10,867.50 |
| **Professional Type: Senior Counsel** | | | |
| Beata Farber | 960.25 | 550.00 | 528,137.50 |
| **Professional Type: Associate** | | | |
| Jai Chandrasekhar | 39.25 | 550.00 | 21,587.50 |
| Wendy Kay Erdly | 135.50 | 395.00 | 53,522.50 |
| Pat Gillane | 33.50 | 470.00 | 15,745.00 |
| Noam Mandel | 323.50 | 450.00 | 145,575.00 |
| David H. Webber | 671.25 | 450.00 | 302,062.50 |
| Adam Wierzbowski | 765.00 | 425.00 | 325,125.00 |
| **Professional Type: Staff Attorney** | | | |
| Matthew Berman | 212.00 | 375.00 | 79,500.00 |
| **Professional Type: Director of Financial** | | | |
| Nick DeFilippis | 7.50 | 375.00 | 2,812.50 |
| **Professional Type: Investigator** | | | |
| David Kleinbard | 38.00 | 345.00 | 13,110.00 |
| **Professional Type: Case Managers** | | | |
| Amanda Figueroa | 214.25 | 230.00 | 49,277.50 |
| Larry Silvestro | 421.00 | 230.00 | 96,830.00 |

# BERNSTEIN LITOWITZ BERGER & GROSSMANN LLP
## LODESTAR REPORT
### UnitedHealth Group Inc.

| Name | Number of Hours | Rate | Lodestar |
|---|---:|---:|---:|
| **Professional Type: Financial Analyst** | | | |
| Sara Genua | 36.00 | 225.00 | 8,100.00 |
| **Professional Type: Financial Analyst** | | | |
| Ben Heiss | 27.00 | 200.00 | 5,400.00 |
| Amanda Beth Hollis | 62.50 | 265.00 | 16,562.50 |
| Mithun Sahdev | 70.00 | 195.00 | 13,650.00 |
| **Professional Type: Project Associate** | | | |
| Meredith Gursky | 646.25 | 300.00 | 193,875.00 |
| Mikhail Kargin | 139.00 | 275.00 | 38,225.00 |
| Eric Martin | 36.00 | 310.00 | 11,160.00 |
| Edward B. Mendy | 668.00 | 300.00 | 200,400.00 |
| Ifeyinwa Oguagha | 265.00 | 300.00 | 79,500.00 |
| Shalu Rastogi | 515.75 | 310.00 | 159,882.50 |
| Lisa Russell | 783.75 | 310.00 | 242,962.50 |
| **Total This Report** | **8,762.00** | | **3,854,195.00** |