# EXHIBIT B

# BERNSTEIN LITOWITZ BERGER & GROSSMANN LLP
## TYPE OF EXPENSE SUMMARY
UnitedHealth Group Inc.

| Type Of Expense | Expense Amount |
|---|---:|
| Court Fees | 175.00 |
| On Line Legal Research | 21,675.38 |
| On Line Factual Research | 16,419.76 |
| Telephone | 452.76 |
| Faxes | 31.00 |
| Postage & Express Mail | 727.75 |
| Local Transportation | 5,228.08 |
| Internal Copying | 7,395.00 |
| Outside Copying | 3,001.08 |
| Out of Town travel | 46,068.08 |
| Working Meals | 7,119.40 |
| Document Storage & Retrieval | 73.45 |
| Experts | 18,620.00 |
| Contributions to Plaintiffs' Litigation Fund | 67,000.00 |
| **Total this report** | **193,986.74** |