# EXHIBIT A

# Exhibit A
## SUMMARY TIME REPORT -- INCEPTION THROUGH DECEMBER 31, 2008
Firm Name:     GRANT & EISENHOFER, P.A.

| Name/Status[1] | Hourly Rate | Total Hours | Total Lodestar |
|---|---|---|---|
| Stuart M. Grant (P) | $845.00 | 89.00 | $75,205.00 |
| Jay W. Eisenhofer (P) | $845.00 | 317.00 | $267,865.00 |
| Geoffrey C. Jarvis (P) | $650.00 | 3.90 | $2,535.00 |
| Megan D. McIntyre (P) | $625.00 | 0.20 | $125.00 |
| Sidney S. Liebesman (P) | $650.00 | 385.40 | $250,510.00 |
| Stephen G. Grygiel (P) | $645.00 | 0.80 | $516.00 |
| Michael J. Barry (P) | $650.00 | 993.45 | $645,742.50 |
| Cynthia A. Calder (P) | $650.00 | 663.40 | $431,210.00 |
| Lesley Weaver (OC) | $620.00 | 1.30 | $806.00 |
| Charles Caliendo (OC) | $550.00 | 10.40 | $5,720.00 |
| James R. Banko (A) | $575.00 | 1.00 | $575.00 |
| Jonathan Margolis (A) | $545.00 | 321.50 | $175,217.50 |
| Ralph Sianni (A) | $550.00 | 399.00 | $219,450.00 |
| Christine Mackintosh (A) | $445.00 | 47.85 | $21,293.25 |
| Alessandra Phillips (A) | $295.00 | 196.80 | $58,056.00 |
| Brian Rostocki (A) | $295.00 | 0.50 | $147.50 |
| Robert Willard (A) | $250.00 | 1,022.75 | $255,687.50 |
| Michael Dougherty (A) | $250.00 | 2,020.80 | $505,200.00 |
| Meghan Ward (A) | $290.00 | 1,723.50 | $499,815.00 |
| James Lynch (A) | $325.00 | 1,420.40 | $461,630.00 |
| Rebecca Williams (A) | $250.00 | 118.40 | $29,600.00 |
| Thomas Engel (A) | $250.00 | 133.90 | $33,475.00 |
| Matthew Hartman (A) | $210.00 | 85.10 | $17,871.00 |
| Mary Swift (PL) | $175.00 | 28.65 | $5,013.75 |
| Ron Whittman (PL) | $175.00 | 1.80 | $315.00 |
| Carolyn Nevers (PL) | $175.00 | 10.00 | $1,750.00 |
| Debra Bartell (PL) | $175.00 | 10.70 | $1,872.50 |
| Alexandra Carpio (PL) | $250.00 | 2.20 | $550.00 |
| Beatrice Smith (PL) | $190.00 | 1.50 | $285.00 |
| Brett Wilmot (FA) | $250.00 | 5.00 | $1,250.00 |
| Marc Grobler (FA) | $250.00 | 3.00 | $750.00 |
| **TOTALS** | | **10,019.20** | **$3,970,038.50** |

[1] Partner (P); Of Counsel (OC); Associate (A); Paralegal (PL); Law Clerk (LC); Financial Analyst (FA)