# EXHIBIT B

## Exhibit B

### SUMMARY EXPENSE REPORT – INCEPTION THROUGH DECEMBER 31, 2008
Firm Name:        Grant & Eisenhofer, P.A.

| Expense | Total Amount ($) |
|---|---|
| Assessments | 62,000.00 |
| Commercial copies | 28,063.48 |
| Internal reproduction/Copies | 0.00 |
| Court costs and filing fees | 487.00 |
| Court reporters and transcripts | 20.00 |
| Computer research | 70,730.00 |
| Telephone and fax | 179.26 |
| Postage/Express Delivery/Messenger | 1,118.08 |
| Professional fees (outside counsel) | 6,600.00 |
| Experts | 25,158.00 |
| Witness/Service fees | 0.00 |
| Travel (Air and/or ground transportation, lodging, meals, etc.) | 20,853.19 |
| Miscellaneous (arbitration/mediation expenses) | 5,000.00 |
| | |
| Total | $220,209.01 |