# EXHIBIT A

# Exhibit A

## SUMMARY TIME REPORT – INCEPTION THROUGH DECEMBER 31, 2008
Firm Name:     RICE, MICHELS & WALTHER, LLP

| Name/Status[1] | Hourly Rate | Total Hours | Total Lodestar |
|---|---|---|---|
| Brian F. Rice (P) | $475.00 | 1,278.90 | 607,477.50 |
| James P. Michels (P) | $475.00 | 17.60 | 8,360.00 |
| Ann E. Walther (P) | $400.00 | 53.75 | 21,500.00 |
| Karin E. Peterson (P) | $375.00 | 73.55 | 27,581.25 |
| Michael J. Salchert (P) | $275.00 | 23.90 | 6,572.50 |
| Kirk Pederson (PL) | $175.00 | 242.00 | 42,350.00 |
| Jim Horan (PL) | $175.00 | 43.00 | 7,525.00 |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
| TOTALS |  |  | $721,366.25 |
|  |  |  |  |

---

[1]   Partner (P); Of Counsel (OC); Associate (A); Paralegal (PL); Law Clerk (LC); Investigator (I)
2     Rates changed as of January 1, 2007.