# EXHIBIT B

## Exhibit B

## SUMMARY EXPENSE REPORT – INCEPTION THROUGH DECEMBER 31, 2008
### Firm Name:        RICE, MICHELS & WALTHER, LLP

| Expense | Total Amount ($) |
|---|---:|
| Assessments | $26,000.00 |
| Commercial copies | |
| Internal reproduction/Copies | 1,883.90 |
| Court costs and filing fees | 350.00 |
| Court reporters and transcripts | |
| Computer research | 1,548.73 |
| Telephone and fax | 1,039.67 |
| Postage/Express Delivery/Messenger | 10.10 |
| Professional fees | |
| Experts | |
| Witness/Service fees | |
| Travel (Air and/or ground transportation, lodging, meals, etc.) | 4,956.37 |
| Miscellaneous (Lunches, Meetings) | 191.12 |
| | |
| **Total** | $35,979.89 |