# EXHIBIT C

# Exhibit C

## BIOGRAPHY OF RICE, MICHELS & WALTHER, LLP

Rice, Michels & Walther, LLP ("RMW") is a Minneapolis law firm that specializes in public sector law. The firm was established in 2000 by five partners who left the law firm of Best & Flanagan. RMW represents a number of public employee pension plans and public sector labor unions on general corporate, litigation and legislative matters.

RMW acts as General Counsel for the Minneapolis Police Relief Association and the Minneapolis Firefighters' Relief Association, the two oldest public pension plans in Minnesota. The firm also acts as Special Counsel for the St. Paul Teachers' Retirement Fund Association and represents over a dozen volunteer firefighter relief associations. The firm has also acted as Special Counsel to the Minnesota State colleges and Universities Defined Contribution Plan.

RMW represents the St. Paul Teachers' Retirement Fund Association in the United Health litigation matter and serves as one of five member firms on the joint plaintiffs' committee. In its role as counsel to pension funds, members of the firm have been involved with working with pension funds in both derivative litigation and in matters related to special litigation committees. Members of the firm were involved in drafting current Minnesota laws in fiduciary liability and responsibility for public sector pension funds, Minnesota Statutes, Chapter 356A. The firm also has a strong perspective on the rights and roles of directors of non-profit corporations and pension funds in the exercise and execution of their fiduciary duties in the handling of complex litigation.

Brian Rice graduated from the University of Notre Dame, 1979, Magna Cum Laude, with a BA in English and the University of Minnesota Law School, 1982. He is a member of Phi Beta Kappa. He serves as general counsel to Minneapolis Police Relief Association and the Minneapolis

Firefighter's Relief Association and provides counsel to the St. Paul Teachers Retirement Fund Association. He also represents several government entities including the Minneapolis Park Board and Hennepin County. Mr. Rice was actively involved in the litigation.

Ann Walther graduated from the College of St. Thomas in 1986 and William Mitchell Law School in 1990. She was appointed by Judge Rosenbaum to serve on the Plaintiffs' Committee in the United Health Ms. Walther practices primarily in the areas of federal and state litigation and labor and employment law, and she was involved in the litigation.

Karin Peterson graduated from St. Olaf College in 1965 and from William Mitchell School of Law in 1987. Ms. Peterson practices primarily in the areas of federal and state litigation and employment and government law, and she was involved in the litigation.