# EXHIBIT A

# THE NATIONAL
# LAW JOURNAL

Select '**Print**' in your browser menu to print this document.

**Copyright 2009. Incisive Media US Properties, LLC. All rights reserved. National Law Journal Online**
Page printed from: http://www.nlj.com

Back to Article

---

## A nationwide sampling of law firm billing rates

December 08, 2008

The National Law Journal *asked the respondents to its 2008 survey of the nation's 250 largest law firms to provide a range of hourly billing rates for partners and associates. Firms that supplied this information — including some firms that are not in the NLJ 250 — are listed below in alphabetical order. We also asked firms to provide average and median billing rates, and several complied. The number after a firm's name indicates the total number of attorneys at the firm. The city listed after the name of a firm is the location of its principal or largest office.*

*The 2008 NLJ Billing Survey is available in downloadable Excel format from ALM Research.*

**Adams and Reese (253),** New Orleans
Partners $240-$425 (average $318, median $310)
Associates $175-$300 (average $209, median $205)
Firmwide (average $257, median $265)

**Arent Fox (336),** Washington
Partners $410-$710
Associates $260-$465

**Armstrong Teasdale (252),** St. Louis
Partners $295-$450
Associates $175-$300

**Baker, Donelson, Bearman, Caldwell & Berkowitz (549),** Memphis, Tenn.
Partners $230-$525 average $339, median $330)
Associates $120-$300 (average $218, median $220)
Firmwide (average $295, median $290)

**Balch & Bingham (244),** Birmingham, Ala.
Partners $295-$600
Associates $200-$280

**Bass, Berry & Sims (211),** Nashville, Tenn.
Partners $240-$575 (average $410, median $420)
Associates $175-$365 (average $245, median $240)
Firmwide (average $307, median $300)

**Best Best & Krieger (198),** Riverside, Calif.
Partners $300-$550 (average $391, median $375)
Associates $190-$330 (average $252, median $245)
Firmwide (average $340, median $305)

**Blank Rome (503),** Philadelphia
Partners $425-$785 (average $525)
Associates $245-$485 (average $332)
Firmwide (average $400)

**Bond, Schoeneck & King (189),** Syracuse, N.Y.
Partners $210-$450 (average $308, median $310)
Associates $150-$250 (average $187, median $185)
Firmwide (average $268, median $275)

**Bradley Arant Rose & White (255),** Birmingham, Ala.
Partners $260-$550
Associates $170-$310

**Briggs and Morgan (175),** Minneapolis
Partners $300-$580 (average $420, median $425)
Associates $195-$290 (average $229, median $225)
Firmwide (average $368, median $390)

**Brinks Hofer Gilson & Lione (171),** Chicago
Partners $320-$700 (average $499, median $500)
Associates $180-$435 (average $281, median $275)
Firmwide (average $392, median $390)

**Broad and Cassel (179),** Orlando, Fla.
Partners $290-$475 (average $378, median $375)
Associates $175-$320 (average $245, median $248)
Firmwide (average $314, median $310)

**Brownstein Hyatt Farber Schreck (235),** Denver
Partners $275-$750 (average $424, median $400)
Associates $160-$285 (average $234, median $240)
Firmwide (average $340, median $325)

**Bryan Cave (852),** St. Louis
Partners $340-$750 (average $525, median $510)
Associates $170-$510 (average $314, median $310)
Firmwide (average $424, median $405)

**Buchalter Nemer (146),** Los Angeles
Partners $260-$600 (average $448, median $450)
Associates $225-$450 (average $283, median $275)
Firmwide (average $384, median $375)

**Buchanan Ingersoll & Rooney (529),** Pittsburgh
Partners $300-$1,020
Associates $100-$520

**Bullivant Houser Bailey (153),** Portland, Ore.
Partners $275-$525
Associates $190-$325

**Burr & Forman (208),** Birmingham, Ala.
Partners $210-$495 (average $352, median $350)
Associates $165-$305 (average $235, median $230)
Firmwide (average $271, median $295)

**Butzel Long (243),** Detroit
Partners $300-$650
Associates $180-$290

**Carlton Fields (281),** Tampa, Fla.
Partners $305-$650 (average $435, median $435)
Associates $195-$335 (average $267, median $265)
Firmwide (average $334, median $325)

**Cooley Godward Kronish (618),** Palo Alto, Calif.
Partners $525-$980
Associates $285-$570

**Cozen O'Connor (478),** Philadelphia
Partners $240-$840 (average $457, median $455)
Associates $205-$650 (average $342, median $325)
Firmwide (average $397, median $385)

**Curtis, Mallet-Prevost, Colt & Mosle (235),** New York
Partners $675-$785 (average $730, median $730)
Associates $290-$575 (average $434, median $435)
Firmwide (average $520, median $515)

**Davis Wright Tremaine (467),** Seattle
Partners $300-$710 (average $455, median $450)
Associates $190-$405 (average $280, median $280)
Firmwide (average $395, median $395)

**Day Pitney (405),** Florham Park, N.J.
Partners $295-$710
Associates $220-$450

**Dickinson Wright (228),** Detroit
Partners $275-$550
Associates $180-$300

**Dickstein Shapiro (403),** Washington
Partners $475-$895 (average $607, median $605)
Associates $250-$475 (average $378, median $395)
Firmwide (average $493) (median $485)

**Dinsmore & Shohl (347),** Cincinnati
Partners $220-$495 (average $347, median $338)
Associates $160-$305 (average $202, median $198)
Firmwide (average $284, median $275)

**Dorsey & Whitney (670),** Minneapolis
Partners $235-$1,180 (average $505, median $510)
Associates $170-$820 (average $301, median $335)
Firmwide (average $407, median $430)

**Duane Morris (594)** (Philadelphia)
Partners $340-$755 (average $490, median $505)
Associates $230-$510 (average $326, median $350)
Firmwide (average $449, median $450)

**Dykema Gossett (374),** Detroit
Partners $265-$650 (average $415)
Associates $170-$435 (average $277)

**Edwards Angell Palmer & Dodge (576),** Boston
Partners $325-$755
Associates $170-$480
Firmwide (median $450)

**Epstein Becker & Green (372),** New York
Partners $350-$850 (average $501, median $495)
Associates $175-$450 (average $312, median $300)
Firmwide (average $406, median $400)

**Fisher & Phillips (208),** Atlanta
Partners $330-$505
Associates $195-$380

**Foley & Lardner (1,032),** Milwaukee
Partners (average $596, median $585)
Associates (average $405, median $395)
Firmwide $185-$985 (average $508, median $520)

**Ford & Harrison (179) ,** Atlanta
Partners $325-$585
Associates $245-$405

**Fowler White Boggs Banker (201*),** Tampa, Fla.
Partners $175-$525 (average $360, median $350)
Associates $160-$325 (average $222, median $220)
Firmwide (average $314, median $325)
(*Total prior to subsequent firm split.)

**Fox Rothschild (440),** Philadelphia
Partners $250-$590 (average $443, median $450)
Associates $215-$395 (average $275, median $260)
Firmwide (average $378, median $375)

**Fredrikson & Byron (233),** Minneapolis
Partners $250-$590 (average $402, median $395)
Associates $150-$315 (average $237, median $225)
Firmwide (average $340, median $340)

**Frost Brown Todd (342),** Cincinnati
Partners $225-$490 (average $317, median $310)
Associates $145-$260 (average $188, median $180)
Firmwide (average $272, median $270)

**Gardere Wynne Sewell** (281), Dallas
Partners $380-$750 (average $502, median $500)
Associates $210-$450 (average $306, median $300)
Firmwide (average $374, median $390)

**Gibbons (230),** Newark, N.J.
Partners $375-$700
Associates $220-$415

**GrayRobinson (213),** Orlando, Fla.
Partners $200-$650 (average $310, median $285)
Associates $125-$275 (average $164, median ($167)
Firmwide (average $239, median $252)

**Greenberg Traurig (1,840),** New York
Partners $335-$850 (average $520, median $535)
Associates $175-$525 (average $323, median $325)
Firmwide (average $426, median $425)

**Harris Beach (179),** Rochester, N.Y.
Partners $250-$475
Associates $140-$275

**Hiscock & Barclay (187),** Syracuse, N.Y.
Partners $190-$650 (average $361, median $359)
Associates $145-$430 (average $235, median $224)
Firmwide (average $319, median $322)

**Hodgson Russ (227),** Buffalo, N.Y.
Partners $240-$665 (average $355, median $350)
Associates $165-$450 (average $230, median $235)
Firmwide (average $303, median $300)

**Hogan & Hartson (1,175),** Washington
Partners $375-$900 (average $660, median $650)
Associates $150-$550 (average $410, median $400)
Firmwide (average $525, median $525)

**Holland & Hart (406),** Denver
Partners $295-$615 (average $414, median $405)
Associates $175-$355 (average $269, median $275)
Firmwide (average $350, median $345)

**Holme Roberts & Owen (228),** Denver
Partners $285-$635 (average $415, median $410)
Associates $160-$525 (average $294, median $265)
Firmwide (average $355, median $345)

**Howard Rice Nemerovski Canady Falk & Rabkin (102),** San Francisco
Partners $515-$795
Associates $275-$510

**Hughes Hubbard & Reed (334),** New York
Partners $625-$875
Associates $270-$600

**Husch Blackwell Sanders (629),** St. Louis
Partners $205-$740 (average $352, median $340)
Associates $150-$380 (average $218, median $215)
Firmwide (average $302, median $300)

**Jackson Kelly (187),** Charleston, W.Va.
Partners $200-$435 (average $238, median $247)
Associates $135-$335 (average $155, median $151)
Firmwide (average $214, median $212)

**Jackson Lewis (517),** White Plains, N.Y.
Partners $250-$595
Associates $180-$405

**Jenner & Block (482),** Chicago
Partners $525-$1,000 (average $616, median $575)
Associates $325-$495 (average $393, median $375)

**Jones, Walker, Waechter, Poitevent, Carrère & Denègre (264),** New Orleans
Partners $225-$620 (average $332, median $325)
Associates $140-$250 (average $186, median $180)
Firmwide (average $277, median $275)

**Kilpatrick Stockton (466),** Atlanta
Partners $310-$695 (average $485, median $475)
Associates $225-$400 (average $290, median $275)
Firmwide (average $400, median $395)

**Kelley Drye & Warren (378),** New York
Partners $430-$850
Associates $255-$520

**Knobbe, Martens, Olson & Bear (249),** Irvine, Calif.
Partners $375-$660 (average $473, median $450)
Associates $245-$430 (average $287, median $275)
Firmwide (median $362)

**Lane Powell (170),** Seattle
Partners $325-$550 (average $405, median $400)
Associates $195-$325 (average $270, median $275)
Firmwide (average $327, median $350)

**Lathrop & Gage (281),** Kansas City, Mo.
Partners $255-$490
Associates $180-$265

**Leonard, Street and Deinard (189),** Minneapolis
Partners $310-$530
Associates $200-$315

**Lewis, Rice & Fingersh (164),** St. Louis
Partners $225-$440
Associates $140-$305

**Lindquist & Vennum (185),** Minneapolis
Partners $280-$450 (average $367, median $375)
Associates $180-$295 (average $218, median $210)
Firmwide (average $309, median $330)

**Locke Lord Bissell & Liddell (707),** Dallas
Partners $375-$975 (average $527, median $525)
Associates $225-$450 (average $313, median $300)
Firmwide (average $433, median $450)

**Loeb & Loeb (310),** New York
Partners $450-$925 (average $651, median $650)
Associates $260-$500 (average $422, median $425)
Firmwide (average $534, median $500)

**Lowenstein Sandler (278),** Roseland, N.J.
Partners $400-$765
Associates $220-$405

**Luce, Forward, Hamilton & Scripps (187),** San Diego
Partners $350-$650 (average $483, median $483)
Associates $235-$460 (average $293, median $280)
Firmwide (average $397, median $400)

**Manatt, Phelps & Phillips (358),** Los Angeles
Partners $495-$850 (average $626, median $620)
Associates $290-$505 (average $407, median $410)
Firmwide (average $533) (median $550)

**Marshall, Dennehey, Warner, Coleman & Goggin (408),** Philadelphia
Partners $135-$400
Associates $120-$300

**McCarter & English (399),** Newark, N.J.
Partners $325-$635 (average $435, median $440)
Associates $215-$395 (average $280, median $285)
Firmwide (average $353, median $345)

**McElroy, Deutsch, Mulvaney & Carpenter (232),** Morristown, N.J.
Partners $295-$450 (average $250, median $235)
Associates $135-$225 (average $180, median $165)
Firmwide (average $195, median $215)

**McKee Nelson (202),** New York
Partners $665-$995
Associates $395-$630

**McKenna Long & Aldridge (435),** Atlanta
Partners $370-$750 (average $454)
Associates $220-$450 (average $274)

**Michael Best & Friedrich (229),** Milwaukee
Partners $235-$620 (average $391, median $375)
Associates $190-$330 (average $252, median $245)
Firmwide (average $340, median $305)

**Miller, Canfield, Paddock and Stone (387),** Detroit
Partners $275-$620 (average $425, median $425)
Associates $165-$375 (average $240, median $240)
Firmwide (average $347, median $355)

**Miller & Martin (198),** Chattanooga, Tenn.
Partners $210-$610 (average $354, median $360)
Associates $180-$305 (average $210, median $205)
Firmwide (average $316, median $330)

**Montgomery, McCracken, Walker & Rhoads (151),** Philadelphia
Partners $360-$585 (average $440)
Associates $195-$365 (average $270)
Firmwide (average $360)

**Moore & Van Allen (300),** Charlotte, N.C.
Partners $280-$770 (average $425, median $410)
Associates $180-$365 (average $256, median $250)
Firmwide (average $283, median $273)

**Nexsen Pruet (174),** Columbia, S.C.
Partners $250-$450
Associates $170-$250

**Nixon Peabody (699),** Boston
Partners $565-$845 (average $570, median $590)
Associates $230-$350 (average $370, median $365)
Firmwide (average $468, median $430)

**Ogletree, Deakins, Nash, Smoak & Stewart (428),** Greenville, S.C.
Partners $275-$600 (average $367)
Associates $185-$380 (average $266)
Firmwide (average $325)

**Patton Boggs (529),** Washington
Partners $360-$990 (average $586, median $570)
Associates $244-$535 (average $372, median $385)
Firmwide (average $440, median $455)

**Pepper Hamilton (514),** Philadelphia
Partners $385-$795
Associates $240-$395

**Perkins Coie (632),** Seattle
Partners $260-$785 (average $498)
Associates $165-$515 (average $329)

**Phelps Dunbar (258),** New Orleans
Partners $170-$450 (average $256, median $250)
Associates $130-$260 (average $171, median $165)
Firmwide (average $213, median $205)

**Phillips Lytle (179),** Buffalo, N.Y.
Partners $250-$475 (average $334, median $330)
Associates $155-$355 (average $230, median $220)
Firmwide (average $288, median $300)

**Polsinelli Shalton Flanigan Suelthaus (304),** Kansas City, Mo.
Partners $250-$600
Associates $175-$275

**Quarles & Brady (450),** Milwaukee
Partners $280-$625 (average $419, median $420)
Associates $200-$375 (average $252, median $245)
Firmwide (average $347, median $342)

**Reed Smith (1,558*),** Pittsburgh
Partners $375-$900 (average $626, median $585)
Associates $235-$580 (average $423, median $390)
Firmwide (average $441, median $425)
(*National Association for Law Placement figure. The firm recently reported an attorney count of 1,505.)

**Robinson & Cole (215),** Hartford, Conn.
Partners $320-$650 (average $436, median $440)
Associates $210-$350 (average $276, median $275)
Firmwide (average $346, median $350)

**Roetzel & Andress (227),** Akron, Ohio
Partners $225-$500 (average $333, median $325)
Associates $170-$295 (average $219, median $215)
Firmwide (average $292, median $300)

**Rutan & Tucker (140),** Costa Mesa, Calif.
Partners $315-$635
Associates $220-$370

**Saul Ewing (231),** Philadelphia
Partners $295-$800 (average $441, median $430)
Associates $205-$535 (average $285, median $255)
Firmwide (average $372, median $380)

**Schnader Harrison Segal & Lewis (189),** Philadelphia
Partners $275-$625
Associates $160-$375

**Schulte Roth & Zabel (481),** New York
Partners $695-$895 (average $770, median $755)
Associates $255-$650 (average $495, median $510)
Firmwide (average $550, median $530)

**Sedgwick, Detert, Moran & Arnold (380),** San Francisco
Partners $295-$650 (average $398, median $380)
Associates $185-$390 (average $262, median $260)
Firmwide (average $318, median $300)

**Sheppard, Mullin, Richter & Hampton (458),** Los Angeles
Partners $475-$795
Associates $275-$455 (up to $580 in New York)

**Shughart Thomson & Kilroy (179),** Kansas City, Mo.
Partners $240-$500
Associates $185-$245

**Shumaker, Loop & Kendrick (180),** Toledo, Ohio
Partners $225-$500 (average $329, median $325)
Associates $185-$380 (average $227, median $225)
Firmwide (average $297, median $315)

**Shutts & Bowen (203),** Miami
Partners $190-$540
Associates $190-$240

**Sills Cummis & Gross (165),** Newark, N.J.
Partners $395-$725
Associates $215-$425

**Smith, Gambrell & Russell (181),** Atlanta
Partners $260-$595
Associates $155-$335

**Snell & Wilmer (440),** Phoenix
Partners $300-$725 (average $444)
Associates $170-$420 (average $271)
Firmwide (average $354)

**Steptoe & Johnson LLP (506),** Washington
Partners $350-$895 (average $591, median $580)
Associates $210-$685 (average $384, median $395)
Firmwide (average $477, median $470)

**Steptoe & Johnson PLLC (182),** Clarksburg, W.Va.
Partners $200-$325
Associates $170-$250

**Stinson Morrison Hecker (324),** Kansas City, Mo.
Partners $275-$680 (average $363, median $373)
Associates $190-$290 (average $224, median $228)
Firmwide (average $293, median $275)

**Stoel Rives (350),** Portland, Ore.
Partners $290-$550
Associates $170-$365

**Strasburger & Price (194),** Dallas
Partners $300-$580
Associates $185-$395
Firmwide (average $334)

**Sullivan & Worcester (182),** Boston
Partners $450-$775 (average $603, median $600)
Associates $270-$490 (average $343, median $330)
Firmwide (average $485, median $495)

**Sutherland Asbill & Brennan (429),** Atlanta
Partners $395-$750 (average $543, median $530)
Associates $240-$450 (average $316, median $300)
Firmwide (average $379, median $380)

**Taft Stettinius & Hollister (337),** Cincinnati
Partners $200-$475 (average $354, median $355)
Associates $165-$325 (average $217, median $195)
Firmwide (average $294, median $295)

**Thompson Coburn (344),** St. Louis
Partners $295-$555
Associates $170-$400

**Thompson Hine (396),** Cleveland
Partners $275-$740 (average $425, median $420)
Associates $185-$510 (average $240, median $235)
Firmwide (average $330, median $325)

**Thompson & Knight (458),** Dallas
Partners $410-$785 (average $545, median $530)
Associates $250-$500 (average $334, median $345)
Firmwide (average $453, median $450)

**Ulmer & Berne (176),** Cleveland
Partners $230-$495 (average $319)
Associates $175-$310 (average $205)
Firmwide (average $262)

**Vedder Price (265),** Chicago
Partners $310-$685 (average $455, median $445)
Associates $235-$390 (average $290, median $290)
Firmwide (average $385, median $390)

**Venable (569),** Washington
Partners $380-$950 (average $530, median $525)
Associates $250-$425 (average $329, median $320)
Firmwide (average $440, median $440)

**White & Case (2,205),** New York
Partners $550-$1,260 (average $747)
Associates $160-$920 (average $456)
Firmwide (average $513)

**Wiggin and Dana (152),** New Haven, Conn.
Partners $360-$600
Associates $215-$375

**Williams Mullen (326),** Richmond, Va.
Partners $300-$625 (average $401, median $380)
Associates $170-$355 (average $260, median $255)
Firmwide (average $344, median $350)

**Winstead (281),** Dallas
Partners $365-$655 (average $465)
Associates $215-$385 (average $282)
Firmwide (average $390)

**Winston & Strawn (1,004),** Chicago
Partners $400-$975 (average $622)
Associates $210-$625 (average $376)
Firmwide (average $448)

**Womble Carlyle Sandridge & Rice (505),** Winston-Salem, N.C.
Partners $285-$750 (average $448, median $450)
Associates $140-$370 (average $275, median $275)
Firmwide (average $248, median $200)

**Wyatt Tarrant & Combs (198),** Louisville, Ky.
Partners $225-$450 (average $340, median $345)
Associates $180-$255 (average $210, median $210)
Firmwide (average $300, median $310)