# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| IN RE UNITEDHEALTH GROUP INCORPORATED SHAREHOLDER DERIVATIVE LITIGATION | Master File No 06-cv-1216 JMR/FLN |

This document is a place holder for the following item(s) which are filed in conventional or physical form with the Clerk's Office:

> Exhibit B to Supplemental Declaration of Karl L. Cambronne in Support of Lead Plaintiffs' Motion for an Award of Attorney Fees and Reimbursement of Expenses

If you are a participant in this case, this filing will be served upon you in conventional format.

This filing was not e-filed for the following reason(s):

___ Voluminous Document* (Document number of order granting leave to file conventionally: ___ )

___ Unable to Scan Documents (e.g., PDF file size of one page larger than 2MB, illegible when scanned)

___ Physical Object (description):

___ Non Graphical/Textual Computer File (audio, video, etc.) on CD or other media

___ Item Under Seal pursuant to a court order* (Document number of protective order)

___ Item Under Seal pursuant to the Judicial Conference Privacy Policy
         (Document number of redacted version: ___ )

 _X_ Other (description):  Rule 408 settlement communication

* Filing of these items requires Judicial Approval.