UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| IN RE UNITEDHEALTH GROUP INCORPORATED SHAREHOLDER DERIVATIVE LITIGATION | Master File No. 06-1216 JMR/FLN |

**LR 7.1(c) WORD COUNT
COMPLIANCE CERTIFICATE**

1.   I, Karl L. Cambronne, certify that Lead Plaintiffs' Counsel's Reply Memorandum in Support of Motion for Approval of Award of Attorneys' Fees and Reimbursement of Litigation Expenses complies with Local Rule 7.1(c).

2.   I further certify that, in preparation of this memorandum, I used Microsoft Office Word, Version 2003 and that this word processing program has been applied specifically to include all text, including headings, footnotes, and quotations in the following word count.

3.   I further certify that the above referenced memorandum contains 3,625 words.

Dated: February 9, 2009          CHESTNUT & CAMBRONNE, P.A.

                                 By s/ Karl L. Cambronne
                                    Karl L. Cambronne (#14321)
                                    Lead Counsel
                                    Jack L. Chestnut (#16378)
                                    Jeffrey D. Bores (#227699)
                                    3700 Campbell Mithun Tower
                                    222 South Ninth Street
                                    Minneapolis, MN 55402
                                    (612) 339-7300
                                    (612) 336-2940 (fax)