Ex A

# charles SCHWAB
## INSTITUTIONAL

Schwab One® Account of
S. MICHAEL SCHEERINGA &
LORI SCHEERINGA JT TEN

Account Number
7167-6546

Statement Period
January 1-31, 2009

Accounting Method
Equities: First In First Out (FIFO)

## Investment Detail - Equities (continued)

| Equities (continued) | Quantity Units Purchased | Market Price Cost Per Share | Market Value Cost Basis | % of Account Assets | Acquired | Unrealized Gain or (Loss) | Estimated Yield Holding Days | Estimated Annual Income Holding Period |
|---|---|---|---|---|---|---|---|---|
| **U S G CORPORATION NEW (M)** | **600.0000** | **6.5100** | **3,906.00** | **<1%** | | **(19,847.91)** | **0.00%** | **0.00** |
| SYMBOL: USG | 200.0000 | 50.2937 | 10,058.75 | | 06/15/07 | (8,756.75) | 596 | Long-Term |
| | 100.0000 | 49.7321 | 4,973.21 | | 07/09/07 | (4,322.21) | 572 | Long-Term |
| | 100.0000 | 29.0698 | 2,906.98 | | 09/11/08 | (2,255.98) | 142 | Short-Term |
| | 100.0000 | 29.0698 | 2,906.98 | | 09/11/08 | (2,255.98) | 142 | Short-Term |
| | 100.0000 | 29.0799 | 2,907.99 | | 09/11/08 | (2,256.99) | 142 | Short-Term |
| Cost Basis | | | 23,753.91 | | | | | |
| **UNILEVER N V NY SHS NEWF (M)** | **600.0000** | **21.9700** | **13,182.00** | **<1%** | | **(2,336.90)** | **0.00%** | **0.00** |
| N Y REGISTRY SHARES | 400.0000 | 26.8103 | 10,724.15 | | 10/07/08 | (1,936.15) | 116 | Short-Term |
| 1 NEW YORK SH REP 1 ORD | 100.0000 | 23.9727 | 2,397.27 | | 10/09/08 | (200.27) | 114 | Short-Term |
| SYMBOL: UN | 100.0000 | 23.9748 | 2,397.48 | | 10/09/08 | (200.48) | 114 | Short-Term |
| Cost Basis | | | 15,518.90 | | | | | |
| **UNILEVER PLC ADR NEW F (M)** | **300.0000** | **21.9200** | **6,576.00** | **<1%** | | **(185.95)** | **0.00%** | **0.00** |
| SPONSORED ADR | 300.0000 | 22.5398 | 6,761.95 | | 11/24/08 | (185.95) | 68 | Short-Term |
| 1 ADR REP 1 ORD | | | | | | | | |
| SYMBOL: UL | | | | | | | | |
| **UNITEDHEALTH GROUP INC (M)** | **600.0000** | **28.3300** | **16,998.00** | **1%** | | **7,150.85** | **0.10%** | **18.00** |
| SYMBOL: UNH | 600.0000 | 16.4119 | 9,847.15 | | 10/10/08 | 7,150.85 | 113 | Short-Term |
| **WELLPOINT INC (M)** | **300.0000** | **41.4500** | **12,435.00** | **<1%** | | **2,139.65** | **0.00%** | **0.00** |
| SYMBOL: WLP | 300.0000 | 34.3178 | 10,295.35 | | 10/10/08 | 2,139.65 | 113 | Short-Term |
| **WELLS FARGO & CO NEW (M)** | **1,100.0000** | **18.9000** | **20,790.00** | **1%** | | **(8,575.80)** | **7.19%** | **1,496.00** |
| SYMBOL: WFC | 300.0000 | 29.9050 | 8,971.50 | | 04/28/05 | (3,301.50) | 1374 | Long-Term |
| | 200.0000 | 30.6500 | 6,130.00 | | 05/19/05 | (2,350.00) | 1353 | Long-Term |
| | 300.0000 | 33.2778 | 9,983.35 | | 03/24/08 | (4,313.35) | 313 | Short-Term |
| | 67.0000 | 14.2698 | 956.08 | | 01/21/09 | 310.22 | 10 | Short-Term |
| | 100.0000 | 14.2698 | 1,426.98 | | 01/21/09 | 463.02 | 10 | Short-Term |
| | 133.0000 | 14.2698 | 1,897.89 | | 01/21/09 | 615.81 | 10 | Short-Term |
| Cost Basis | | | 29,365.80 | | | | | |

Schwab has provided accurate gain and loss information wherever possible for most investments. Cost basis data may be incomplete or unavailable for some of your holdings. Please see "Endnotes for Your Account" section for an explanation of the endnote codes and symbols on this statement.

© 2008 Charles Schwab & Co., Inc. All rights reserved. Member SIPC. Schwab Institutional is a division of Charles Schwab & Co., Inc. ("Schwab"). The statement is furnished solely for your account at Schwab

CT1H1201-0011141 28882