AO450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
## District of Minnesota

In re: UnitedHealth Group Incorporated Shareholder Derivative Litigation

**JUDGMENT IN A CIVIL CASE**

V.

Case Number: 06-CV-1216(JMR/FLN)

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED THAT:
Plaintiffs' motion for final approval of the settlement and an award of fees and expenses [Docket No. 387] is granted. Plaintiffs are awarded attorney's fees of $29,253,853, and litigation expenses of $514,591.78.

| July 2, 2009 | RICHARD D. SLETTEN, CLERK |
|---|---|
| Date | |
| | s/Janet Midtbo |
| (By) | Janet Midtbo, Deputy Clerk |

Form Modified: 09/16/04