UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | | |
|---|---|---|
| UNITEDHEALTH GROUP INCORPORATED SHAREEHOLDER DERIVITIVE LITIGATION | ) ) ) ) ) ) | Master File No. 06-1216 JMR/FLN<br><br>HONORABLE JAMES M. ROSENBAUM |

## NOTICE OF APPEAL

Objector S. Michael Scheeringa hereby appeals to the United States Court of. Appeals for the Eighth Circuit from the Order and Judgment (Docs. 409 and 410) which were filed in this case on July 1 and 2, 2009.

Respectfully submitted,
/s/Edward F. Siegel
EDWARD F. SIEGEL (Ohio Bar No. 0012912)
27600 Chagrin Blvd. #340
(216) 831-3424
(216) 831- 6584 fax
E-mail efsiegel@efs-law.com
(admitted pro hac vice)

_____/s/ Edward W. Cochran_____
Edward W. Cochran (Ohio 0032942)
20030 Marchmont Rd.
Cleveland Ohio 44122
Tel: (216) 751-5546
Fax: (216) 751-6630 (fax)
edwardcochran@adelphia.net

## CERTIFICATE OF SERVICE

I certify that on July 24, 2009, this Notice of Appeal was filed electronically with the Court and were by the court's system served on all other counsel of record.

_____/s/ Edward F. Siegel_____
Edward F. Siegel