# U.S. COURT OF APPEALS - EIGHTH CIRCUIT
## APPELLANT'S FORM A
Appeal Information Form
To be filed with the Notice of Appeal

Appeal Docket No. ____________

| STYLE OF CASE: | COUNSEL: NAME, ADDRESS, AND TELEPHONE NUMBER |
|---|---|
| UnitedHealth Group Inc.<br>Shareholder Derivative Litigation<br><br>Appellant/Appellee,<br>vs. | Edward F. Siegel<br>27600 Chagrin Blvd. #340<br>Cleveland Ohio 44122<br>(216) 831-3424 |
| Appellant/Appellee | COUNSEL: NAME, ADDRESS, AND TELEPHONE NUMBER<br>Chad Johnson<br>BERNSTEIN LITOWITZ<br>1285 Avenue of the Americas<br>New York, NY 10019<br>(212) 554-1396 |

LIST ISSUES ON APPEAL(For administrative purposes). You may indicate that this also serves as your statement of issues under FRAP 10(b)(3). [✓] Yes. [ ] No.

1) Whether the procedure below violated Rule 23(h)?
2) Whether the Court abused its discretion in awarding counsel fees which included a 2.75 multiplier

FOR LEAD COUNSEL ONLY
I [✓] have ([ ] have not) discussed settlement possibilities on appeal with my client.
This appeal [✓] is ([ ] is not ) amenable to settlement.

Submitted by: s/ [signature] 7/24/09
Signature of Lead Counsel Date

INSTRUCTIONS:
Filing of appellant's Form A is required to be submitted to the Clerk of the District Court with the Notice of Appeal (8 Cir. Rule 3B). If inadvertently omitted, appellant may file Form A directly with the Clerk of the Court of Appeals before appeal is docketed. Forms are available at the District Court Clerk's Office and may be obtained electronically at: www.ca8.uscourts.gov

Copy 1 - Send to Appellee (together with an uncompleted Form B)
Copy 2 & 3 - Send to Clerk, District Court with Notice of Appeal or Eighth Circuit (see above)
Copy 4 - Retain

U.S. COURT OF APPEALS - EIGHTH CIRCUIT

Appeal Docket No. ____________

## APPELLEE'S FORM B
Appeal Information Form

CASE NAME (Underline name of Appellee):

Unitedhealth Group Incorporated Shareholder Derivative Litigation

IS THIS ALIGNMENT OF PARTIES, NAMES, ADDRESSES, AND TELEPHONE NUMBERS CORRECT ON APPELLANT'S FORM A? ☐ Yes ☐ No If no, list corrections below.

FOR LEAD COUNSEL ONLY
I ☐ have ( ☐ have not) discussed settlement possibilites on appeal with my client.
This appeal ☐ is ( ☐ is not) amenable to settlement.

NAME, ADDRESS, AND TELEPHONE NUMBER OF LEAD COUNSEL:

Submitted by: s/ ____________________

Date: ____________________

Copy 1 - Send to Appellant
Copy 2 & 3 - Send to Clerk, Eighth Circuit Court of Appeals
Copy 4 - Retain