# United States Court of Appeals
*For The Eighth Circuit*
Thomas F. Eagleton U.S. Courthouse
111 South 10th Street, Room 24.329
**St. Louis, Missouri 63102**

**Michael E. Gans**
*Clerk of Court*

**VOICE (314) 244-2400**
**FAX (314) 244-2780**
**www.ca8.uscourts.gov**

August 13, 2009

Mr. Edward W. Cochran
COCHRAN & COCHRAN
20030 Marchmont Road
Cleveland, OH  44122

Mr. Edward F. Siegel
EDWARD F. SIEGEL COMPANY
27600 Chagrin Boulevard
Suite 340
Cleveland, OH  44122

RE:  09-2900  S. Michael Scheeringa v. William McGuire, M.D., et al

Dear Counsel:

The district court clerk has transmitted a notice of appeal in this matter, and we have docketed it under the caption and case number shown above. Please include the caption and the case number on all correspondence or pleadings submitted to this court.

Counsel in the case must supply the clerk with an Appearance Form. Counsel may download or fill out an Appearance Form on the "Forms" page on our web site at www.ca8.uscourts.gov.

We note the docketing fee is pending. Please pay the $455 docket and filing fees to the district court clerk immediately. Failure to pay the fee will result in issuance of an order to show cause why the appeal should not be dismissed.

The court has established a briefing schedule for the case, a copy of which will be forwarded under separate notice of docket activity. Please refer to the schedule and note the key filing dates. You should also review Federal Rules of Appellate Procedure 28 and 32, as well as Eighth Circuit Rules 28A and 32A. Sample briefs are available on our website, the address of which is shown above.

Within 10 days of today's date, counsel for appellant must: (1) file a verification that any transcripts needed for the appeal have been ordered and that satisfactory arrangements have been made for payment, and (2) file a notice of the method of appendix preparation selected for the case. Eighth Circuit Rule 30A contains detailed information on appendix preparation.

The court has directed the clerk's office to monitor and enforce compliance with the briefing schedule. Failure to file your brief will result in issuance of a show cause order and may lead to dismissal of the appeal. Requests for extensions of time must be timely and should establish good cause. Overlength briefs are strongly discouraged.

Please note the provisions of Eighth Circuit Rule 32A governing briefs and reply briefs responding to multiple briefs.

On June 1, 2007, the Eighth Circuit implemented the appellate version of CM/ECF. Electronic filing is now mandatory for attorneys and voluntary for pro se litigants proceeding without an attorney. Information about electronic filing can be found at www.ca8.uscourts.gov/files/cmecfstandingorder.pdf. In order to become an authorized Eighth Circuit filer, you must register with the PACER Service Center at https://pacer.psc.uscourts.gov/psco/cgi-bin/cmecf/ea-regform.pl. Questions about CM/ECF may be addressed to the Clerk's office.

If you have any questions about the schedule or procedures for the case, please contact our office

Michael E. Gans
Clerk of Court

CBC

Enclosure(s)

cc:  Santosh Aravind
     Mr. Michael D. Barry
     Mr. James Raymond Behrenbrinker I
     Ms. Barbara Podlucky Berens
     Ms. Michelle H. Blauner
     Mr. Michael J. Bleck
     Mr. Jeffrey D. Bores
     Mr. David Michael Brodsky
     Ms. Cynthia A. Calder
     Mr. Karl L. Cambronne
     Ms. Wendy Canaday
     Mr. Jack L. Chestnut
     Blair Connelly
     Mr. Jay W. Eisenhofer
     Mr. Grant J. Esposito
     Ms. Heidi A.O. Fisher
     Ms. Erin Kay Fogarty Lisle
     Mr. Matthew D. Forsgren
     Mr. Steve Gaskins
     Ms. Beata Gocyk-Farber
     Mr. David Webber

Mr. Edward F. Haber
Mr. Paul Robert Hannah
Mr. Andrew Scott Hansen
Mr. David Leonard Hashmall
Mr. C. Chad Johnson
Mr. Seth L. Levine
Mr. Sidney S. Liebesman
Ms. Sarah Lightdale
Mr. Carl H. Loewenson Jr.
Mr. Richard Gary Mark
Mr. Michael P. Matthews
Mr. James P. Michels
Mr. Ron Moen
Mr. Kyle Mooney
Ms. Karin Ennette Peterson
Mr. William O. Reckler
Mr. Brian F. Rice
Mr. Gerald H. Silk
Mr. Richard Sletten
Ms. Ann E. Walther
Mr. Adam Wierzbowski

District Court/Agency Case Number(s):   0:06-cv-01216-JMR

Caption For Case Number: 09-2900

**In re: UnitedHealth Group Incorporated Shareholder Derivative Litigation,**

------------------------------

**S. Michael Scheeringa,**

    **Objector - Appellant**

**Jan Brandin, In the right of and for the benefit of UnitedHealth Group, Inc.; Jacksonville Police & Fire Pension Fund; Louisiana Municipal Police Employees' Retirement System; Louisiana Sheriffs' Pension & Relief Fund; Public Employees' Retirement System of Mississippi; St. Paul Teachers' Retirement Fund Association; Fire & Police Pension Association of Colorado; Public Employees' Retirement System of Ohio; State Teachers' Retirement System of Ohio; Connecticut Retirement Plans and Trust Funds; Plaintiffs' Coordinating Committee,**

    **Plaintiffs - Appellees**

v.

**William W. McGuire, M.D.; Stephen J. Hemsley; William C. Ballard, Jr.; James A. Johnson; Thomas H. Kean; Douglas W. Leatherdale; Mary O. Mundinger; Robert L. Ryan; William G. Spears; Gail R. Wilensky; UnitedHealth Group, Inc.; James G. Carlson; Arnold H. Kaplan; David P. Koppe; David J. Lubben; Thomas P. McDonough; Jeannine M. Rivet; R. Channing Wheeler; Travers H. Wills; Richard T. Burke; Donna E. Shalala; Robert J. Sheehy,**

    **Defendants - Appellees**

**Addresses For Case Participants:   09-2900**

Mr. Edward W. Cochran
COCHRAN & COCHRAN
20030 Marchmont Road
Cleveland, OH  44122

Mr. Edward F. Siegel
EDWARD F. SIEGEL COMPANY
27600 Chagrin Boulevard
Suite 340
Cleveland, OH  44122

Santosh Aravind
LATHAM & WATKINS
885 Third Avenue
Suite 1000
New York, NY  10022-4802

Mr. Michael D. Barry
GRANT & EISENHOFER
1201 N. Market Street
Wilmington, DE  19801

Mr. James Raymond Behrenbrinker I
SCHAEFER LAW FIRM, L.L.C.
200 S. Sixth Street
Suite 1700
Minneapolis, MN  55402

Ms. Barbara Podlucky Berens
KELLY & BERENS
80 S. Eighth Street
3720 IDS Center
Minneapolis, MN  55402-0000

Ms. Michelle H. Blauner
SHAPIRO & HABER
53 State Street
Boston, MA  02109

Mr. Michael J. Bleck
OPPENHEIMER & WOLFF
45 S. Seventh Street
3300 Plaza VII Building
Minneapolis, MN  55402-0000

Mr. Jeffrey D. Bores
CHESTNUT & CAMBRONNE
222 S. Ninth Street
3700 Campbell Mithun Tower
Minneapolis, MN  55402-0000

Mr. David Michael Brodsky
LATHAM & WATKINS
885 Third Avenue
Suite 1000
New York, NY  10022-4802

Ms. Cynthia A. Calder
GRANT & EISENHOFER
1201 N. Market Street
Wilmington, DE  19801

Mr. Karl L. Cambronne
CHESTNUT & CAMBRONNE
222 S. Ninth Street
3700 Campbell Mithun Tower
Minneapolis, MN  55402-0000

Ms. Wendy Canaday
FLYNN & GASKINS
333 S. Seventh Street
Suite 2900
Minneapolis, MN  55402-0000

Mr. Jack L. Chestnut
CHESTNUT & CAMBRONNE
222 S. Ninth Street
3700 Campbell Mithun Tower
Minneapolis, MN  55402-0000

Blair Connelly
LATHAM & WATKINS
885 Third Avenue
Suite 1000
New York, NY  10022-4802

Mr. Jay W. Eisenhofer
GRANT & EISENHOFER
1201 N. Market Street
Wilmington, DE  19801

Mr. Grant J. Esposito
MORRISON & FOERSTER
1290 Avenue of the Americas
New York, NY  10104-0000

Ms. Heidi A.O. Fisher
OPPENHEIMER & WOLFF
45 S. Seventh Street
3300 Plaza VII Building
Minneapolis, MN  55402-0000

Ms. Erin Kay Fogarty Lisle
KELLY & BERENS
80 S. Eighth Street
3720 IDS Center
Minneapolis, MN 55402-0000

Mr. Matthew D. Forsgren
BRIGGS & MORGAN
80 S. Eighth Street
2200 IDS Center
Minneapolis, MN 55402-0000

Mr. Steve Gaskins
FLYNN & GASKINS
333 S. Seventh Street
Suite 2900
Minneapolis, MN 55402-0000

Ms. Beata Gocyk-Farber
BERNSTEIN & LITOWITZ
1285 Avenue of the Americas
New York, NY 10019-0000

Mr. Edward F. Haber
SHAPIRO & HABER
53 State Street
Boston, MA 02109

Mr. Paul Robert Hannah
KELLY & BERENS
80 S. Eighth Street
3720 IDS Center
Minneapolis, MN 55402-0000

Mr. Andrew Scott Hansen
OPPENHEIMER & WOLFF
45 S. Seventh Street
3300 Plaza VII Building
Minneapolis, MN 55402-0000

Mr. David Leonard Hashmall
FELHABER & LARSON
220 S. Sixth Street
2200 Pillsbury Center
Minneapolis, MN 55402-0000

Mr. C. Chad Johnson
BERNSTEIN & LITOWITZ
1285 Avenue of the Americas
New York, NY 10019-0000

Mr. Seth L. Levine
FOLEY & LARDNER
90 Park Avenue
New York, NY  10016

Mr. Sidney S. Liebesman
GRANT & EISENHOFER
1201 N. Market Street
Wilmington, DE  19801

Ms. Sarah Lightdale
LATHAM & WATKINS
885 Third Avenue
Suite 1000
New York, NY  10022-4802

Mr. Carl H. Loewenson Jr.
MORRISON & FOERSTER
1290 Avenue of the Americas
New York, NY  10104-0000

Mr. Richard Gary Mark
BRIGGS & MORGAN
80 S. Eighth Street
2200 IDS Center
Minneapolis, MN  55402-0000

Mr. Michael P. Matthews
FOLEY & LARDNER
Suite 3800
777 E. Wisconsin Avenue
Milwaukee, WI  53202-0000

Mr. James P. Michels
RICE & MICHELS
10 Second Street, N.E.
Suite 206
Minneapolis, MN  55413-0000

Mr. Ron Moen
MOEN REPORTING SERVICES
13011 - 82nd Avenue, N.
Maple Grove, MN  55369-7311

Mr. Kyle Mooney
MORRISON & FOERSTER
1290 Avenue of the Americas
New York, NY  10104-0000

Ms. Karin Ennette Peterson
RICE & MICHELS
10 Second Street, N.E.
Suite 206
Minneapolis, MN  55413-0000

Mr. William O. Reckler
LATHAM & WATKINS
885 Third Avenue
Suite 1000
New York, NY  10022-4802

Mr. Brian F. Rice
RICE & MICHELS
10 Second Street, N.E.
Suite 206
Minneapolis, MN  55413-0000

Mr. Gerald H. Silk
BERNSTEIN & LITOWITZ
1285 Avenue of the Americas
New York, NY  10019-0000

Mr. Richard Sletten
U.S. DISTRICT COURT
District of Minnesota
300 S. Fourth Street
202 U.S. Courthouse
Minneapolis, MN  55415-0000

Ms. Ann E. Walther
RICE & MICHELS
Suite 206
10 Second Street, N.E.
Suite 206
Minneapolis, MN  55413-0000

David Webber
BERNSTEIN & LITOWITZ
1285 Avenue of the Americas
New York, NY  10019-0000

Mr. Adam Wierzbowski
BERNSTEIN & LITOWITZ
212-554-1510
1285 Avenue of the Americas
New York, NY  10019-0000